UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED

SEP 2 4 2018

SUSAN Y. SOONG
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

James H. Randall III
1926 64TH AVE
OAKLAND, CA 94621

CASENO:  C18-5848

DMR

James H. Randall III pro se )

Petitioner, )
and )

Commissioner of the Internal )
Revenue Service )
Honorable Charles Rettig )
/Acting David J. Kautter )

Secretary of the Treasury )
Honorable Steven Mnuchin )

Secretary of the Social )
Security Administration )
(Acting) Honorable Nancy )
Berryhill )

Attorney General of the United )
States )
Honorable Jeff Sessions )

Secretary of the Department of )
Labor )
Honorable R. Alexander Acosta )

Director of Office of )
Personnel Management )
Honorable Dr. Jeff T. H. Pon )

Equal Employment Opportunity )
Commission Chair )
Honorable Victoria A. Lipnic )
)
)

Motion for
Injunctive Relief thru 5
U.S.C. §702

The Internal Revenue Service
and Inspector General for Tax
Administration acted in a
Conspiring way under 18 U.S.
code §371, To deny the
Plaintiff of relief of
Constitutional injury and
equal protection of the law.
Information was reported in
err to members of Congress
and Administrative courts to
exfoliate evidence of
unlawful acts and bad faith
dealings.  A list of every
person or agency contacted to
resolve will be presented in
the facts to show due
diligences and the exhaustive
action to resolve these
matters before filing a
motion in court.

House Speaker
Honorable Paul Ryan

Minority Leader of the House
Honorable Nancy Pelosi


Congress Woman
Honorable Barbara Lee

Congressman Oversight
Committee
Honorable Trey Gowdy

Congressman Oversight
Committee
Honorable Elijah Cummings

Treasury Inspector General for
Tax Administration

J. Russell George

Respondent.

Sign James

**Jurisdiction:**

This court has jurisdiction in matters under Article III and as amended 5 U.S.C. §702 Injunctive Relief to members of Congress ,The Attorney General of the United States of America, and The Secretary of United States Treasury, Department of Justice, Department of Labor and others as listed, in order to use government instrument already in place to resolve issues. And to issue a order that all retaliation stop immediately. This court has jurisdiction to hear cases no matter the time frame involving Conspiracy to commit offense 18 U.S. Codes §371- or to defraud United States as the clock starts when the last act in the conspiracy is cared out and cases causing injury to constitutional rights.

Nature of the case:

The Internal Revenue Service and Treasury Inspector General for Tax Administration cause the Plaintiff Constitutional injuries of the: 1st amendment, 4th amendment, 5th amendment (18 U.S. Code §1505 Obstruction of proceeding), 8th amendment (excessive fine imposed, and cruel and unusual punishment), 13th amendment (42 U.S. code §1983 civil action for deprivation of rights) and Conspiracy under 18 U.S. code §371 to Defraud the United States as it relates to the Plaintiff. The Judicial overview of the Merit System Protection Board, Equal Employment Opportunity Commission, and The Department of labor judgments which were in err, because of IRS and Treasury retaliation to the plaintiff who is requesting the courts give Injunctive of Relief thru 5 U.S.C. §702. A mail list of every person or agency contacted will be presented in the facts to show due diligences and the exhaustive actions to resolve these matters before filing for relieve in court. It is also requested that there is a temporary stay on Social Security and Disability Retirement from Office of Personnel Management for payment until they are repay by the agency and or workers compensation, as not to cause financial injury to the plaintiff while matter are resolved.

I

Complaint:

First and foremost stop the government from retaliation against Plaintiff immediately. (Injunctive of Relief thru 5 U.S.C. §702.)

The Constitutional injuries the plaintiff suffered was the equivalent to being dressed down to 3/5 of a man (the term comes from the IRS taxation on slaves), while the IRS Management and Law enforcement (Treasury Inspector General, Mr. J. Russell George) acted in a modern-day slave master role using a financial whip and the whip of their office power to; deprive the plaintiff of his constitutional rights and disable him by hostile slavery actions till the plaintiff could not return to work. From November of 2010 til present moment the conspirers have deprived the Plaintiff due process, his property, cruel and unusual punishment deployed thru their use of the badges of slavery trademark.

The TIGTA and Executive management of the IRS actions inferred the plaintiff was to obey his manager like a slave to a master, subject to a hostile work environment, threatening emails, humiliation, incrimination, and character assassination while the agency's watchdog The Treasury Inspector General for Tax Administration played the supporting role. The Tea Party

**II**

received discriminating actions and the stonewalling by the Internal Revenue Service which no one was found to be guilty by the watchdog group TIGTA. The facts of this case will show the cowardly oath breaking criminal acts of IRS management and TIGTA was constitutional insulting and was like a sporting of skill to see who could cause the most damage to the plaintiff.  To say these actions don't exist would be to say that Injunctive of Relief thru 5 U.S.C. §702 does not exist.

The plaintiff has used due diligence and exhausted every administrative option known to address these issues without the court no one answered my mayday call for help. The strong wording is not use to offend the court or congress lawmakers it's an example of the agency's history that black men are 3/5 of a man and the message (I'm white and you're wrong). The watch dog for the agency should get a academy award because he eats in the masters house and protected his master as a good watchdog and was reward, he attacked the run away slave and showed his instincts of intuitionalism loyalists to the master where he received continued employment and bonuses, I now bring the acts under his supervision to the court and to congress to show he is just a lapdog with a position of power with a blind sight to discrimination of people and of the laws of his oath of office. The for fathers and civil right leaders can all agree that there was a need for the constitution of the United States of America

however the law dog of the agency seem to be a passive lapdog on those issues (Tea Party vs the Internal Revenue). I was mentioned by name in the TIGTA report on credit card misuse to congress accordingly he report that I was suspend for 14 days and my 3rd offense. I did not return to work after December 1, 2011 as I was deem disable by Social Security so how was I suspended in February 2012? I was told I had 30 day suspension in November of 2011, hum 8th amendment injury cruel and unusual punishment (hostile work environment for sure) (liable and slander) as the most that could be given was 14 days to removal according to the TIGTA. J. Russell George the Treasury Inspector General for Tax Administration reported this to a congressional investigation of Internal Revenue Service wrong doings report. I was never informed of my rights by management so my records magically disappeared like me, exfoliation or spoliation of the evidence. Court records from the Merit System Protection Board suggest I'm in the Department of the Treasury and not the Department of the Treasury (IRS). The forms I received in the court document where unsigned for action of removal but, somehow the Judge sustains an action that never took place. 5th amendment (due process and the take clause a federal employee job is their property. Mean while Executive management (Beth Tucker the No.2 at the agency charged a $150,000 worth trip to the tax payer going back and forth from Dallas, TX to Washington D.C where was

IV

the Inspector Generals Report?) Management spent all of the travel money and the worker had to find away to travel and keep a record of it. This is one of the people the Inspector General Mr. J. Russell George conspired with Beth Tucker; I had an EEO case in the agency not process and a Formal request at the Treasury Department until I was mentally abuse till I could not work or respond. Yes The TIGTA Mr. J. Russell George knew me and his agents harassed me while on sick leave and when I returned to work in September 2011 at the request of management I was abused to mental unstableness. I paid for my travel card out of my pocket while in a chapter 13 bankruptcy to do my job to help the agency. However the executive got bonuses for charging the tax payer for their travel and the TIGTA sat like a lapdog waiting for a bone. The IRS also came after me for tax that was covered in bankruptcy and release my financial information to my manager William Joyner a 6103 violation as the IRS made a request to the courts in May 13, 2010.

The plaintiff had an EEO complaint not processed by the Internal Revenue Service 18 U.S. Code §1505 Obstruction of proceeding starting date 4 May 2011, however the complaint date magically change to 1 Aug 2011 so I would be untimely / 1st Amendment Right of the people petition the Government for redress of grievance without reprisal. My complaint included harassment

V

from the Treasury Inspector General as they were insisting I return to work not caring that I was sick (the have cars and are able to go to employee's home). I put in a complaint and the Treasury Inspector General turn me away May, 31 2011.  This was a 5th amendment injury to the constitution equal protection. They were also informed of injury 28 April 2011 as the email show chastisement of the plaintiff request for mental health days and did not inform worker compensation yet another deprived liberty. These wrong doings were not reported to the oversight committee however homophobic slurs were. 5th amendment injury equal protection of the law. The Honorable Trey Gowdy and Beth Tucker exchange during the congressional hearing, where Ms. Tucker is applaud as an American about the slurs but allow the plaintiff to be beaten morally into disability.

Surveillance - is being use on me by way of wiretaps (Stingray) and other methods my phones, ipad and computers are de energizing my phone, deleting picture and content just to be antagonizing, neither the plaintiff nor the plaintiff family at the same location can enjoy internet and or computers accessing online functions. Emails are block or overflow; I never received the email from the Merit System Protection Board for the start of discovery. The Agency and or it retaliation unit in the Treasury needs adult supervision, while American are losing

VI

homes and being bullied the Treasury has time to chase me around the internet and destroy email etc, etc. This is unreal.

**Facts:**

Plaintiff was move to the Department of the Treasury from the Internal Revenue Service 12/2011 without consent to exfoliate evidence so Plaintiff could not bring future case again them, see Court Document Merit System Protection Board  SF 7521302320I1. There are no signed SF-50 in the court documents in the court case which means I was locked out Laclede Gas co v. N.LR.B.C.A Mo., 421 F.2nd 610,615 to gain economic concession to force disability retirement /Exhibit Letter A page 000001-000007

The plaintiff chapter 13 bankruptcy was dismissed and the plaintiff did not finish paying tax from 1996,1997,1998,1999,2000,2001,2005,2009 and 2011 and has not file a tax return since 2011 to force correspondence with the IRS which has fail to contact the plaintiff. The conspiracy continues, correspondence is being block for no contact. Who is ever logging into my tax file at the IRS to stop correspondence is obstructing justice, and denying due process under the 5th amendment. There was also a violation of title 26 6103 when my tax information was give to William Joyner for collection while

VII

I was in bankruptcy. This was again the bankruptcy stay. The IRS made a claim on 05/13/2010 in bankruptcy court. Exhibit Letter B 000009-0000023

Plaintiff was disabled by Treasury Inspector General for Tax Administration and the Internal Revenue Service by severe hostile work environment December 2010 thru 12/2011, Social Security recognized Plaintiff as disable 1 Dec 2011. The agency was notified of injury 24-28 April 2011 by email. Internal Revenue Service did not file an occupational health and injury with the Department of Labor for that time period deny the plaintiff of proper relief and liberties. Exhibit letter C 0000024-000062

The TIGTA reported in Reference Number: 2013-10-032 to the U.S. Congress that I misused my government credit card and it was my 3rd offense and I was suspend for 14 days which was the maximum. However it was not my 3rd offense and I was told I was suspended for 30 days. 8th amendment (excessive fine imposed, and cruel and unusual punishment), (Harris vs. Forklift System, Inc 510 U.S. 17 (1993) and vicarious liability (hostile work environments) Retaliation, Title VII of the 1964 Civil Rights Act Exhibit Letter G page 000146 to 000186

VIII

The alleged problem is the power used against me by the Treasury Inspector General Mr. J. Russell George and Deputy IRS Commissioner Pat Tucker until her force retirement Aug 2013. Ms Tucker told Trey Gowdy while being questioned in the Investigation that she follows due process for someone who had slurs about Gays and she followed legal counsel. I did not receive the same treatment because I file an EEO complaint with IRS REF: C15LAG11007 and Secretary of the Treasury Timothy Gaither (September 14, 2011) Ref: IRS-11-0672-F

The TIGTA reported in Reference Number: 2013-10-032 to the U.S. Congress that I misused my government credit card and it was my 3rd offense and I was suspend for 14 days which was the maximum. However it was not my 3rd offense and I was told I was suspended for 30 days, to add insult to injury I was suspended while I was considered disable by my doctor and eventually Social Security Administration because of the abuse I received from work, meaning I was on medical leave as of 1 December 2011 never return to work but suspend 1 February thru 29, 2012. Management never read me my rights while asking question and because I filed an EEO complaint against manger the Treasury Inspector General for Tax Administration began a less than unlawful assault on me with management which left me disable. My disability was so bad my attorney could work with me.

IX

This should have been reported to the U.S. Congress while the Internal Revenue Service was investigated for discrimination of the Tea Party. The report to this day has not been correct to this day.

My evidence is records from the Merit System Protection court Case that shows me in the department of the Treasury and others the department of the treasury IRS.
The paperwork is not signed i.e. the SF-50 for movement or removal. Further more Civil procedures were not follow during my court case SF 752130232011 as I was pro 'se,

The U.S. Equal Employment Opportunity Commission, shows my case as me vs, Jacob J. Lew who was the Secretary of the Treasury (Internal Revenue Service) that was not my filing where is the IRS commissioner? They have it list as Petition No. 0320130055, how do you correct what you did not file and correct it's format. And the time period that the commission took to deny it, for September 2013 to February 2014.

I wrote to the following people using overnight express guarantied mail with no response: Exhibit E page 00077 to 000128

X

XI

The Honorable Attorney General

Loretta Lynch   4/18/2016      EL394132955 US

The Honorable Speaker of the House

Paul Ryan            4/18/2016 EL394132981 US

The Honorable Minority Leader

Nancy Pelosi         4/18/2016 EL394132964 US

The Honorable Oversight Chair

Jason Chaffetz 4/18/2016 EL394132947 US

The Honorable Oversight

Elijah Cummings      4/18/2016 EL394132995 US

The Honorable Oversight

Trey Gowdy           4/18/2016 EL394132978 US

The Honorable Rep

Barbara Lee          4/18/2016 EL394133015 US

The Honorable IRS Commissioner

John Koskinen  06/20/2016      EL394127641 US

XI

Treasury Inspector General

J. Russell George 06/20/2016


Department of Justice Civil Rights

FEDEX Overnite        03/26/2016        782681362613   Page 00127 to

000128


Office of Personal Management

Disability Retirement Section        12/06/2013        EU997915423 US

400+ pages (CSA: 8 700 790)   page 000457 to 000463


Social Security


U.S. Equal Employment Opportunity Commission

Docket No: 032013005 September 4 2013   page 000448 to 00052


XII

This court has jurisdiction to hear cases no matter the time frame involving Conspiracy to commit offense under 18 U.S. Codes §371- or to defraud United States as the clock starts when the last act in the conspiracy is cared out and cases causing injury to constitutional rights. This court has jurisdiction in matters under Article III and as amended by 5 U.S.C. §702 Injunctive Relief from members of Congress ,The Attorney General of the United States of America, and The Secretary of United States Treasury, Department of Justice, Department of Labor, and other agencies as listed in order to use government instrument already in place to resolve issues. And to issue a restraining order that all retaliation stop immediately.

Nature of the case:

The Internal Revenue Service and Treasury Inspector General for Tax Administration cause the Plaintiff Constitutional injuries of the: 1st amendment, 4th amendment, 5th amendment (18 U.S. Code §1505 Obstruction of proceeding), 8th amendment (excessive fine imposed, and cruel and unusual punishment), 13th amendment (42 U.S. code §1983 civil action for deprivation of rights) and Conspiracy under 18 U.S. code §371 to Defraud the United States as it relates to the Plaintiff. The Judicial overview of the Merit System Protection Board, Equal Employment Opportunity Commission, and The Department of labor judgments which were in err, because of IRS and Treasury retaliation to the plaintiff who is requesting the courts give Injunctive of Relief thru 5 U.S.C. §702. A mail list of every person or agency contacted will be presented in the facts to show due diligences and the exhaustive actions to resolve these matters before filing for relieve in court. It is also requested that there is a temporary stay on Social Security and Disability Retirement from Office of Personnel Management for payment until they are repay by the agency and or workers compensation, as not to cause financial injury to the plaintiff while matter are resolved.

Complaint:

First and foremost stop the government from retaliation against Plaintiff immediately. (Injunctive of Relief thru 5 U.S.C. §702.)

The Constitutional injuries the plaintiff suffered was the equivalent to being dressed down to 3/5 of a man (the term comes from the IRS taxation on slaves), while the IRS Management and Law enforcement (Treasury Inspector General, Mr. J. Russell George) acted in a modern-day slave master role using a financial whip and the whip of their office power to; deprive the plaintiff of his constitutional rights and disable him by hostile slavery actions till the plaintiff could not return to work. From November of 2010 til present moment the conspirers have deprived the Plaintiff due process, his property, cruel and unusual punishment deployed thru their use of the badges of slavery trademark.

The TIGTA and Executive management of the IRS actions inferred the plaintiff was to obey his manager like a slave to a master, subject to a hostile work environment, threatening emails, humiliation, incrimination, and character assassination while the agency's watchdog The Treasury Inspector General for Tax Administration played the supporting role. The Tea Party

received discriminating actions and the stonewalling by the Internal Revenue Service which no one was found to be guilty by the watchdog group TIGTA. The facts of this case will show the cowardly oath breaking criminal acts of IRS management and TIGTA was constitutional insulting and was like a sporting of skill to see who could cause the most damage to the plaintiff.  To say these actions don't exist would be to say that Injunctive of Relief thru 5 U.S.C. §702 does not exist.

The plaintiff has used due diligence and exhausted every administrative option known to address these issues without the court no one answered my mayday call for help. The strong wording is not use to offend the court or congress lawmakers it's an example of the agency's history that black men are 3/5 of a man and the message (I'm white and you're wrong). The watch dog for the agency should get a academy award because he eats in the masters house and protected his master as a good watchdog and was reward, he attacked the run away slave and showed his instincts of intuitionalism loyalists to the master where he received continued employment and bonuses, I now bring the acts under his supervision to the court and to congress to show he is just a lapdog with a position of power with a blind sight to discrimination of people and of the laws of his oath of office. The for fathers and civil right leaders can all agree that there was a need for the constitution of the United States of America however the law dog of the agency seem to be a passive lapdog on those issues (Tea Party vs the Internal Revenue). I was mentioned

by name in the TIGTA report on credit card misuse to congress accordingly he report that I was suspend for 14 days and my 3rd offense. I did not return to work after December 1, 2011 as I was deem disable by Social Security so how was I suspended in February 2012? I was told I had 30 day suspension in November of 2011, hum 8th amendment injury cruel and unusual punishment (hostile work environment for sure) (liable and slander) as the most that could be given was 14 days to removal according to the TIGTA. J. Russell George the Treasury Inspector General for Tax Administration reported this to a congressional investigation of Internal Revenue Service wrong doings report. I was never informed of my rights by management so my records magically disappeared like me, exfoliation or spoliation of the evidence. Court records from the Merit System Protection Board suggest I'm in the Department of the Treasury and not the Department of the Treasury (IRS). The forms I received in the court document where unsigned for action of removal but, somehow the Judge sustains an action that never took place. 5th amendment (due process and the take clause a federal employee job is their property. Mean while Executive management (Beth Tucker the No.2 at the agency charged a $150,000 worth trip to the tax payer going back and forth from Dallas, TX to Washington D.C where was the Inspector Generals Report?) Management spent all of the travel money and the worker had to find away to travel and keep a record of it. This is one of the people the Inspector General Mr. J. Russell George conspired with Beth Tucker; I had an EEO case in the agency not process and a Formal request at the Treasury Department until I

was mentally abuse till I could not work or respond. Yes The TIGTA Mr. J. Russell George knew me and his agents harassed me while on sick leave and when I returned to work in September 2011 at the request of management I was abused to mental unstableness. I paid for my travel card out of my pocket while in a chapter 13 bankruptcy to do my job to help the agency. However the executive got bonuses for charging the tax payer for their travel and the TIGTA sat like a lapdog waiting for a bone. The IRS also came after me for tax that was covered in bankruptcy and release my financial information to my manager William Joyner a 6103 violation as the IRS made a request to the courts in May 13, 2010.

The plaintiff had an EEO complaint not processed by the Internal Revenue Service 18 U.S. Code §1505 Obstruction of proceeding starting date 4 May 2011, however the complaint date magically change to 1 Aug 2011 so I would be untimely / 1st Amendment Right of the people petition the Government for redress of grievance without reprisal. My complaint included harassment from the Treasury Inspector General as they were insisting I return to work not caring that I was sick (the have cars and are able to go to employee's home). I put in a complaint and the Treasury Inspector General turn me away May, 31 2011. This was a 5th amendment injury to the constitution equal protection. They were also informed of injury 28 April 2011 as the email show chastisement of the plaintiff request for mental health days and did not inform worker compensation yet another deprived liberty.

These wrong doings were not reported to the oversight committee however homophobic slurs were. 5th amendment injury equal protection of the law. The Honorable Trey Gowdy and Beth Tucker exchange during the congressional hearing, where Ms. Tucker is applaud as an American about the slurs but allow the plaintiff to be beaten morally into disability.

Surveillance – is being use on me by way of wiretaps (Stingray) and other methods my phones, ipad and computers are de energizing my phone, deleting picture and content just to be antagonizing, neither the plaintiff nor the plaintiff family at the same location can enjoy internet and or computers accessing online functions. Emails are block or overflow; I never received the email from the Merit System Protection Board for the start of discovery. The Agency and or it retaliation unit in the Treasury needs adult supervision, while American are losing homes and being bullied the Treasury has time to chase me around the internet and destroy email etc, etc. This is unreal.

**Facts:**

Plaintiff was move to the Department of the Treasury from the Internal Revenue Service 12/2011 without consent to exfoliate evidence so Plaintiff could not bring future case again them, see Court Document Merit System Protection Board  SF 752130232011. There are no signed SF-50 in the court documents in the court case which means I was locked out Laclede Gas co v. N.LR.B.C.A

Mo., 421 F.2nd 610,615 to gain economic concession to force disability retirement /Exhibit Letter A page 000001-000007

The plaintiff chapter 13 bankruptcy was dismissed and the plaintiff did not finish paying tax from 1996,1997,1998,1999,2000,2001,2005,2009 and 2011 and has not file a tax return since 2011 to force correspondence with the IRS which has fail to contact the plaintiff. The conspiracy continues, correspondence is being block for no contact. Who is ever logging into my tax file at the IRS to stop correspondence is obstructing justice, and denying due process under the 5th amendment. There was also a violation of title 26 6103 when my tax information was give to William Joyner for collection while I was in bankruptcy. This was again the bankruptcy stay. The IRS made a claim on 05/13/2010 in bankruptcy court. Exhibit Letter B 000009-0000023

Plaintiff was disabled by Treasury Inspector General for Tax Administration and the Internal Revenue Service by severe hostile work environment December 2010 thru 12/2011, Social Security recognized Plaintiff as disable 1 Dec 2011. The agency was notified of injury 24-28 April 2011 by email. Internal Revenue Service did not file an occupational health and injury with the Department of Labor for that time period deny the plaintiff of proper relief and liberties. Exhibit letter C 0000024-000062

The TIGTA reported in Reference Number: 2013-10-032 to the U.S. Congress that I misused my government credit card and it was my 3rd offense and I was suspend for 14 days which was the maximum. However it was not my 3rd offense and I was told I was suspended for 30 days. 8th amendment (excessive fine imposed, and cruel and unusual punishment), (Harris vs. Forklift System, Inc 510 U.S. 17 (1993) and vicarious liability (hostile work environments) Retaliation, Title VII of the 1964 Civil Rights Act Exhibit Letter G page 000146 to 000186

The alleged problem is the power used against me by the Treasury Inspector General Mr. J. Russell George and Deputy IRS Commissioner Pat Tucker until her force retirement Aug 2013. Ms Tucker told Trey Gowdy while being questioned in the Investigation that she follows due process for someone who had slurs about Gays and she followed legal counsel. I did not receive the same treatment because I file an EEO complaint with IRS REF: C15LAG11007 and Secretary of the Treasury Timothy Gaither (September 14, 2011) Ref: IRS-11-0672-F

The TIGTA reported in Reference Number: 2013-10-032 to the U.S. Congress that I misused my government credit card and it was my 3rd offense and I was suspend for 14 days which was the maximum. However it was not my 3rd offense and I was told I was suspended for 30 days, to add insult to injury I was suspended while I was considered disable by my doctor and eventually Social Security Administration because of the abuse I received from work, meaning

Table of Contents



Complaint Worksheet

| Complaint | Time Frame | Source - Document | offender |
|---|---|---|---|
| IRS claim I did not pay tax on time while in a Chapter 13 Bankruptcy - 26 US Code §6103 tax information was given to my manager Willaim Joyner whom could not adjutacate it nor was I notified of my rights. | December 2010 | email | IRS Labor Relations and Willaim Joyner Conspiring / Hostile work enviroment |
| IRS Labor Relations case Misuse of credit card. Manager did not notify me of my right and after I made a statement than TIGTA investaged the issue. I wrote a statement that I used my card because management deniedme travel and used it for themselves | Febuary- Septemeber | email | Labor Relation TIGTA - Willaim Joyner Conspiring |
| Counseled about being late, email wrote in red and Manager wrote to me on a Sunday expecting to answer and sign | Febuary | email | Willaim Joyner |
| Evaluation Lowered on final for the year | April- May | email | Willaim Joyner |
| Plaintiff was carried AWOL on the groups calendar in outlook for Plaintiff peers and subordinates to see | April - Sept 2011 and December 2011 | | Willaim Joyner |
| Denied sick - leave reason accomadations from a hostile work enviroment. Not reported to Worker Compensation.(OWCP) | April- September | EEO Complaint and email | Willaim Joyner 18, U.S.C §241 Conspiracy Against Rights |

000001

Complaint Worksheet

| Complaint | Time Frame | Source - Document | offender |
|---|---|---|---|
| EEO complaint not processed and dates changed. The EEO office uses a software which manages their and compliants- the manager supervise workloads my case was not give due process | May - Sept 2011 | | 18 U.S. Code § 1505 Obstruction of proceeding IRS, Management, TIGTA, and to exfoliate evidence 18 U.S. Code §1519 |
| Denied sick leave after the FOH recommendation force to work while the FOH recommend that the plaintiff be on sick leave and working in a hostle work enviroment as I had an EEO complaint that was not processed and escalated it to the Treasury | September - December | | 18 U.S. Code §1505 Obstruction of proceeding, 18 U.S.C. §1589 Labour Exploitation IRS, Management, TIGTA EEO |
| Plaintiff had medical documents until July 4 2011 and did not have any documentation from 4 July 2011 to 12 September 2011 than the agency paid the plaintiff and gave advance medical leave. I returned to work because I was directed by letter. | April - Sept 2011 | | |
| Department of the Treasury Civil Rights did nothing to the Internal Revenue for changing the date on the IRS EEO complaint form | September | | Conspiring 18 U.S. code §371 18, U.S.C §241 Conspiracy Against Rights |
| Informed that I would be suspended for 30 days for credit card misuse when the max was 14 | October | Email - Merit System Protection Board Records | IRS Management 18 U.S. Code §1038 - Flase information and hoaxes |

Complaint Worksheet

| Complaint | Time Frame | Source - Document | offender |
|---|---|---|---|
| December marked 5 days AWOL Social Security stated I was Disable 1 Decemeber 2011 and I had leave availible / Medical notification was given. | December 2011 | Merit System Protectio n Board attendanc e records | 18 U.S. Code §1038 - Flase information and hoaxes |
| 11 December 2012 removed from the IRS | December 2012 | | 18 U.S. Code §1505 Obstruction of proceeding IRS, Management, TIGTA Conspiring 18 U.S. code §371 to exfoliate evidence 18 U.S. Code §1519 18, U.S.C §241 Conspiracy Against Rights |
| The Treasury Inspector General for Tax Administration - Report to Congress where the Plaintiff was suspend for 14 days - the Plaintiff was not at work and was to he was suspended for 30 days - | 2013 April | | Conspiring 18 U.S. code §371 |
| Merit System Protection Board / the Board was deceived by the Internal Revenue Service as the SF-50 and other paperwork was not signed nor did my records | 2013 Febuary - Thru Jun 2013 | | Conspiring 18 U.S. code §371 |

000003

Complaint Worksheet

| Complaint | Time Frame | Source - Document | offender |
|---|---|---|---|
| Equal Employment Opportunity Commision / Jacob J. Lew was not the commisioner of the Internal Revenue Service | Sept 2013 - Febuary 2014 | | Conspiring 18 U.S. code §371 |
| Response from the Treasury had IAN J. Waston signure block whom is a Treasury General Counsel with the EEOC ltr head and I received it the same day it the letter was stamped from their office 4 Nov 2013 | Novemeber 4,2013 | | 18, U.S.C §241 Conspiracy Against Rights |
| Office of Personal Management did not process my claim in its entirity I received no awards and or consideration for awards although I submitted 400 plus pages noting was explained and or denied | 2013 December - 2014 Novemeber | | Conspiring 18 U.S. code §371 |
| The Internal Revenue Service reported the Plaintiff to the Treasury Offset program to collect money for advance leave. The Plaintiff millary retirement check was offset. | 2014 Febuary | | Conspiring 18 U.S. code §371 |
| Department of Justice / The Attorney General - Loretta Lynch - Civil Right Division - They did not update Oversite commitiee nor conduct an investigation | 2016 April- Nov 15,2016 | | Constitutional and Professional Responsibility |
| Speaker of the House Paul Ryan | 2016 02-18 April | | Constitutional and Professional Responsibility |

000004

Complaint Worksheet

| Complaint | Time Frame | Source - Document | offender |
|---|---|---|---|
| Minority Leader Nancy Pelosci | 2016 18 April | | Constitutional and Professional Responsibility |
| Oversite Committee Chairmen Jason Chaffetz | 2016 02-18 April | | Constitutional and Professional Responsibility |
| Oversite Minority Leader Elijah Cummings | 2016 02-18 April | | Constitutional and Professional Responsibility |
| Representive (D-CA 13th) District Barbra Lee | 2016 02-18 April | | Constitutional and Professional Responsibility |
| Representive Trey Gowdy | 2016 02-18 April | | Constitutional and Professional Responsibility |
| Commisioner of the Internal Revenue Service - Sent letter no response | 2016 June | | Constitutional and Professional Responsibility |
| The Treasury Inspector General for Tax Administration - Sent Letter no Response | 2016 June | | Constitutional and Professional Responsibility |



**OFFICE OF
CHIEF COUNSEL**

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
AREA COUNSEL, GENERAL LEGAL SERVICES
100 First STREET, 18th FLOOR
SAN FRANCISCO, CA 94105
Telephone: (415) 547-3851
Facsimile: (415) 281-9506

**VIA 1ST CLASS MAIL**

FEB 26 2013

Anthony L. Ellison
Administrative Judge
U.S. Merit Systems Protection Board
Western Regional Office
201 Mission Street, Suite 2310
San Francisco, CA 94105
Fax: (415) 904-0580

**RECEIVED**

FEB 27 2013

MERIT SYSTEMS PROTECTION BOARD
WESTERN REGIONAL OFFICE

Re:    *James H. Randall, III., v. Department of the Treasury*
       <u>Docket Number: SF-0752-13-0232-I-1</u>

Dear Administrative Judge Ellison:

On February 7, 2013, my office received the Acknowledgment Order in the above-referenced appeal. Enclosed please find the Agency's Narrative and Timeliness Response and the Agency File.

Sincerely,

IAN J. WATSON
Attorney
(General Legal Services)

Enclosure:  As stated

Cc (w/encl):  James Randall

Standard Form 52
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# REQUEST FOR PERSONNEL ACTION

**PART A - Requesting Office** (Also complete Part B Items 1, 7-22, 32, 33, 36, and 39)

| 1. Actions Requested | 2. Request Number |
|---|---|
| Separation | |

| 3. For Additional Information Call    (Name and Telephone Number) | 4. Proposed Eff. Date |
|---|---|
| Bueltel,Ann M  816/291-9512 | 12-11-2012 |

| 5. Action Requested By    (Typed Name, Title, Signature, and Request Date) | 6. Action Authorized By    (Typed Name, Title, Signature, and Date) |
|---|---|
| Bueltel,Ann M                    12-10-2012<br>SUPVY SECURITY SPECIALIST | |

**PART B - For Preparation of SF 50** (Use only codes in The Guide to Personnel Data Standards. Show all dates in month-day-year order.)

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Randall III,James H | | 07-23-1961 | 12-11-2012 |

**FIRST ACTION** | **SECOND ACTION**

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 330 | Removal | | |

| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| ZLM | AGCY CITE | | |

| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|---|---|---|---|
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| ITSPEC (INFOSEC)<br>PD: 94431A          Position:    65721667 | |

| 8.Pay Plan | 9.Occ. CD | 10.Grd/Lvl | 11.Step/Rate | 12.Tot. Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. CD | 18.Grd/Lvl | 19.Step/Rate | 20.Tot. Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 2210 | 13 | 04 | $100,254.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $78,841.00 | $21,413.00 | $100,254.00 | $0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| INTERNAL REVENUE SERVICE<br>SECURITY REGULATORY COMPLIAN O<br>SAN BERNARDINO | |

**EMPLOYEE DATA**

| 23. Veterans Preference | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 2 | 1-None            3-10 Point/Disability       5-10 Point/Other<br>2-5 Point      4-10 Point/Compensable     6-10 Point/Compensable/30% | 1 | 0-None            2-Conditional<br>1-Permanent     3-Indefinite | | X  YES          NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0   Basic Only | 9   Not Applicable | 0   0-Regular Rate |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS and FICA | 06-28-2004 | F   F-Full Time | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1-Competitive Service  3-SES General<br>2-Excepted Service   4-SES Career Reserved | N   E-Exempt<br>N-Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station    (City-County-State or Overseas Location) |
|---|---|
| 063210071 | SAN BERNARDINO  San Bernardino  CA  USA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

| 45. Edu. Lvl. | 46. Yr. Degr. And | 47. Acad. Discipl. | 48. Func. Class | 49. Citizenship | 50. Veterans Status | 51. Supervisory Status |
|---|---|---|---|---|---|---|
| | | | 00 | 1  1-USA  8-Other | P  Post VEV | 8  Other |

**PART C - Reviews and Approvals** (Not to be used by requesting office.)

| I. Office/Function | Initials/Signature | Date | I. Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. | | | D. | | |
| B. | | | E. | | |
| C. | | | F. | | |

| 2. Approval: I certify that the information entered on this form is accurate and the proposed action is in compliance with statutory and regulatory requirements. | Signature<br>Vinson,Pamela L | Approval Date<br>12-11-2012 |
|---|---|---|

CONTINUED ON REVERSE SIDE                    OVER                    Editions Prior to 7/91 Are Not Usable After 6/30/93



JAN-25-2011  00:35          ITS LAGUNA                              949 389 5025    P.01

## Employee Tax Compliance Program
## Employee Data Base Transcript

**Page 1 of 1**                                                    **Date:    12/30/2010**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | **Program Year:** | 2109 | **EOD:** | 06/28/2004 | |
| **Employee Name:** RANDALL III, JAMES, H | | **SSN:** | ▮▮▮▮▮ | | |
| GS-0080/13    INFORMATION | | **ATIN:** | 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 | | |

**Bus. Unit:**   Mdrn, Info Tech Services                          **UR Center:**  00
**Office:**      Cybersecurity
**Primary IMF Account SSN**      **Tax Period**      **Alerts ID:**  I20100711002161
         ▮▮▮▮▮               200912           Open Module Balance Due

| Action: | Action Date: |
|---|---|
| Not Assigned | 07/11/2010 |
| IDRS Research Completed | 11/01/2010 |
| Initial Correspondence: Primary Issue | 11/01/2010 |
| Mail-out | 11/03/2010 |
| No Response Warning: Primary Issue | 12/08/2010 |
| Mail-out | 12/08/2010 |
| Employee Response Received | 12/15/2010 |
| Referral Letter: Primary Issue | 12/30/2010 |

**Case Notes**
2109-152.  No History.[lf]  TIMELY FILED RETURN, LATE PAID 3073.00, INTEREST & PENALTY,
NOTICE 5/31/10 3144.26, BAL DUE 11/1/10 3274.59, (BANKRUPTCY 8/4/06), LTR PREP TY 09.  EE
replied: 2009 tax payment negotiated & admiited into court around the Sept period, EE is in a non-
collectable status & has been, which means there is an error on the part of the reporting department.
EE states has not received a bill or request for payment. Referred based on OMB [glj]

**Official Business Only**

000009

JAN-25-2011  00:35     MITS LAGUNA                    949 389 5025   P.02



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

November 3, 2010

JAMES H. RANDALL III
1926 64TH AVE
OAKLAND, CA 94621-3844

As the custodian of the nation's tax system, the Internal Revenue Service is entrusted with the responsibility to ensure that all its employees fully comply with the same laws we are responsible for administering for the general public. Beyond the basic obligation we share with all taxpayers, Internal Revenue Service employees have the added responsibility to safeguard public trust in the agency and in the employees who administer the nation's tax system. Any breach of trust, or perception of a breach of trust by employees not in full compliance, undermines taxpayers' confidence in our ability to fairly and efficiently administer the tax laws. Full compliance means timely and accurately filed returns and the timely payment of taxes without penalty or interest.

The Employee Tax Compliance (ETC) Branch recently reviewed a routine computer match of payroll and tax account records to identify employees who may not be in full compliance with their tax obligations. Our review of your records raised the following potential non-compliance issue(s). Please understand these issues are based solely on information identified in your account by an automated process. The purpose of this letter is to describe the issue(s) and to ask you to help us determine the facts and circumstances involved. For example, you may have documents or other information not reflected in your account which could show that our information is inaccurate or that would otherwise help clarify or resolve the issue(s).

| TAX PERIOD | POTENTIAL NON-COMPLIANCE ISSUE(S) |
|---|---|
| 2009 | Our records indicate you did not fully pay your 2009 taxes by the due date of April 15, 2010. As of November 1, 2010, you have a balance due of $3,274.59. |

If you believe this information is incorrect, please explain why and provide any additional information you may have to establish that you timely paid. If the information is correct, please explain the circumstances causing your taxes not to be fully paid when originally due.

000010

2

Final determinations regarding the status of this (these) issue(s) and any appropriate future action will be based on the relevant facts, including information you supply, which may not have been reflected in the automated review. In preparing your response, please be aware that the ETC Branch does not possess or have physical access to tax returns, schedules, supporting documents, or envelopes in which documents are mailed. These documents continue to be located at the submission-processing center where the returns are filed.

**If you have documents, including previous correspondence with the Internal Revenue Service that would help clarify or resolve the issue(s), you may want to include a copy with your response.**

Before sending you this letter, we conducted research to try to ensure that you do not receive correspondence concerning an issue that has been or is currently being addressed administratively by management in your office. (This information is available to us through a management information system, and we have not contacted management in your office for it).

Please understand that this contact is being made in the employer/employee relationship, and the research is not meant to ensure that you are not contacted now simply because you had previously been contacted by the Internal Revenue Service regarding a civil tax matter (e.g., by a revenue officer, tax auditor, or customer service representative). If you believe that this issue has already been, or is in the process of being addressed administratively, we would appreciate receiving any information or copies of documents that would help us to verify that. If you provide such information, management may be contacted to verify the status of that inquiry.

When we receive your reply, we will take *one* of the following steps:

1)      We may conclude that all reasonable concerns about your tax obligations have been resolved, or the issue has already been or is in the process of being addressed administratively by management in your office, and close the inquiry without further action; if so, we will advise you of this in writing; or

2)      We may conclude that a minor or technical infraction has occurred which is unlikely to be repeated; in this case, we will advise you in writing of the deficiency, emphasizing the Service's policy of tax compliance, and close the inquiry without further action; or

3)      We may conclude that an infraction has occurred that could be considered more than minor or technical in nature or infractions have occurred in other tax years.

3

In this case, we would refer the inquiry to your servicing Labor Relations Office for further review, and advise you in writing that the inquiry has been referred for determination of appropriate action.

Bargaining unit employees may discuss this matter with the National Treasury Employees Union. If you are in an official duty status, you will be given reasonable official time, upon request, for these discussions. You may also use a reasonable amount of official time to prepare your reply. Arrangements for the use of official time must be made with your supervisor. You may not, however, utilize Internal Revenue Service computer systems (including IDRS) to research issues concerning your taxes, except through normal Customer Service channels.

Please do not send any checks or original returns to be filed to the ETC Branch. Any payments you may wish to make or returns you may wish to file should be forwarded to the submission-processing center that services you. If this letter advised you that you have a balance due, and you wish to pay the balance, you should contact your local Customer Service office to obtain the current dollar amount that will fully satisfy the balance due.

If you do not fully understand the contents of this letter, we urge you to seek assistance. The ETC staff is available to respond to procedural questions and, in some instances, discuss tax issues. Please respond within three weeks from the date of receipt of this letter. If the mailing of this notice was delayed, do not throw away the envelope. You will be granted an extension to three full weeks provided you submit copies of the postmarked envelope and this letter to establish the delayed mailing. In such cases, the receipt of this letter is presumed to be five calendar days after the postmark on the envelope.

Your decision to furnish the information we have requested is voluntary. However, if you choose not to respond, or if we have not received the information within 28 days from the date of this letter, we will refer your tax account information to your servicing Labor Relations Office for appropriate action. To send your response, please choose one of the following methods:
- The enclosed pre-addressed, postage-paid envelope
- Mail to: Internal Revenue Service, Employee Tax Compliance Branch, P.O. Box 1637, Cincinnati, OH, 45201-1637
- Fax to the ETC Branch at (513) 263-3033
- Email within the IRS network via Secure Messaging to HCO.ETC.CIN@IRS.GOV

If you would like to discuss this matter or if we can be of assistance to you, please call the ETC Branch at (513) 263-3030.

000012

JAN-25-2011   00:36          MITS LAGUNA                                    949 389 5025     P.05

4

Hearing-impaired employees may call our TTY at (513) 263-3028 for assistance or to discuss this matter.

Sincerely,

Sandra K. Knuckles
Chief, Employee Tax Compliance

Enclosure

000013

JAN-25-2011  00:36        MITS LAGUNA                          949 389 5025    P.06

. Account Transcript ▮▮▮▮▮ 1040A Dec. 31, 2009 RAND                    Page 1 of 2



Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |

## Account Transcript

Request Date: 01-04-2011
Response Date: 01-04-2011
Tracking Number: 100088187518

FORM NUMBER: 1040A                        TAX PERIOD: Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER: ▮▮▮▮▮▮

JAMES H RANDALL
PO BOX 532252
LOS ANGELES, CA 90053-2252-525

        --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                3,144.26
ACCRUED INTEREST:                  53.51    AS OF: Nov. 01, 2010
ACCRUED PENALTY:                   76.82    AS OF: Nov. 01, 2010

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):     3,274.59

        ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                        01  FILING STATUS:  Single
ADJUSTED
GROSS INCOME:              107,664.00
TAXABLE INCOME:             98,314.00
TAX PER RETURN:             21,251.00
SE TAXABLE
INCOME TAXPAYER:                 0.00
SE TAXABLE
INCOME SPOUSE:                   0.00
TOTAL SELF
EMPLOYMENT TAX:                  0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Apr. 15, 2010
PROCESSING DATE                                                  May  31, 2010

| TRANSACTIONS |

000014

JAN-25-2011  00:36        MITS LAGUNA                              949 389 5025    P.07

Account Transcript███████ 1040A Dec. 31, 2009 RAND                          Page 2 of 2

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20102008 | 05-31-2010 | $21,251.00 |
|  | 80209-106-39904-0 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2010 | -$18,178.00 |
| 170 | Penalty for not pre-paying tax | 20102008 | 05-31-2010 | $25.00 |
| 276 | Penalty for late payment of tax | 20102008 | 05-31-2010 | $30.73 |
| 196 | Interest charged for late payment | 20102008 | 05-31-2010 | $15.53 |
| 971 | Notice issued CP 0014 | | 05-31-2010 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 08-04-2006 | $0.00 |

| This Product Contains Sensitive Taxpayer Data |
|---|

https://eup.eps.irs.gov/PORTAL-PROD/psc/CRM/EMPLOYEE/CRM/c/TDS_MENU_IRS....   1/4/2011

000015

JAN-25-2011  00:36      MITS LAGUNA                    949 389 5025    P.08

```
                                     09TXM▮▮▮▮
   IMFOLT▮▮▮▮▮▮▮   30200912P01  IMF TAX MODULE        NM CTRL:RAND
   80209-106-39904-0                        SPSSN           UP-CYC:52
   JAMES H RANDALL                *IRS EMPLOYEE:P*  TOT EXEMPTIONS:01 FMS  :
                           FSC:1 STATUS:21 STATUS DATE:05312010 AIMS :0
   NEXT  CSED:       ASSESSD BAL:     3,144.26 SETTL DATE:05312010 LIEN :
   LAST  CSED:       TOT INTERST:        69.04 INTEREST DATE:11012010 BWI  :
   FIRST CSED:       INT ASSESSD:        15.53 DISASTER RDD :      BWNC :0
         ASED:04-15-2013 INT PAID:         .00 DISASTERSTART:     CC81 :0
         RSED:04-15-2013 FTP TOTAL:     107.55 GOVRN SC:89 HIST LC:95 CC85 :0
       FREEZE:N   -V   FTP ASSESSD:      30.73 MATH IN: TDA COPY:5377 TC914:0
   INDICATORS:                                                      CAF  :
   EFT-IND:9 DDRC :00PDC-CD:00                                      ARDI :0

   TC   DATE      AMOUNT      CYCLE       DLN             VARIABLE DATA
   150 05312010   21,251.00  20102008 80209-106-39904-0 RECEIVED-DATE: 04152010
   806 04152010   18,178.00- 20102008 80209-106-39904-0
   170 05312010       25.00  20102008 80209-106-39904-0
   276 05312010       30.73  20102008 80209-106-39904-0
   196 05312010       15.53  20102008 80209-106-39904-0
   971 05312010         .00  20102008 80277-106-39904-0 ACT-CD: 804
                                                        MISCCP 0014
   520 08042006         .00  20102208 28277-544-64546-0 CC:65 CSED-CD:P BKSI:440

                PAGE 001 OF 001          UIMFPG 001
```

Page 1

000016

JAN-25-2011  00:36        MITS LAGUNA                          949 389 5025     P.09



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 8, 2010

JAMES H. RANDALL III
1926 64TH AVE
OAKLAND, CA 94621-3844

By letter dated November 3, 2010, you were notified of our inquiry concerning your 2009 taxes. To date we have not received your reply to that inquiry. If the mailing of that letter was delayed and you have not had three weeks to respond, you will be granted an extension to three weeks provided you submit copies of the postmarked envelope and notice letter dated November 3, 2010, to establish the delayed mailing.

Because we lack the information to resolve the inquiry, we will refer it to your servicing Labor Relations Office if we do not receive your response by December 15, 2010, as we advised in our first letter. To send your response, please choose one of the following methods:
- Mail to: Internal Revenue Service, Employee Tax Compliance Branch, P.O. Box 1637, Cincinnati, OH, 45201-1637
- Fax to the ETC Branch at (513) 263-3033
- Email within the IRS network via Secure Messaging to HCO.ETC.CIN@IRS.GOV

Enclosed is a document entitled, "Penalty Guide: Employee Tax Compliance Cases" which is an extract from the Internal Revenue Service Penalty Determination Guide. As stated in the Guide, employees who fail to comply with tax requirements may be subject to disciplinary action ranging from counseling to removal.

Questions concerning this letter may be addressed to the National Treasury Employees Union or to your servicing Labor Relations Office. You may also contact the ETC staff at (513) 263-3030 or TTY (513) 263-3028.

Sincerely,

Sandra K. Knuckles
Chief, Employee Tax Compliance

Enclosure

000017

MEMORANDUM FOR:  ETC

Subject: James Randall 2009 Taxes

Transmitted is my answer to your request for information.

1. 2009-tax payment negotiated and admitted into court around the September period, I am in a non-collectable status and has been which means there is an error on the part of the reporting department.
2. Per my conversation with an employee named Donna, my case would be forward to LR because she could not verify the information received from me vocally while she searched IDRS.

Based on the information given to me from ETC I submitting the following information:

A. I have not received a bill and or request for payment for the IRS. The reference which is made to the dollar $3,274.59 on the letter I received from ETC is admitted as referring to a bill. My rights as a tax payer have not been give to me at no time during the year of 2009
B. Slander: The reporting department has stated to ETC that I have an outstanding payment of $3,274.59
C. Unfair Collection Practices, I have not been notified of any outstanding balance in writing from the IRS collection department and yet it has been documented on the administrative side as an unpaid bill.
D. Unfair employment practices: The letter sent to me is being forwarded to Labor Relations as an employee problem instead of a coding error.
E. Disclosure: Forwarding any information concerning tax information when the employee is tax complaint per the letter of the law is disclosure to persons not needing to know my 2009 tax status.
F. Harassment: The letter that was sent to me is harassment on a tax bill that has been settled and now is made reference with a dollar amount when I such said item has been settled
G. Threaten of the employee to forward information to Labor Relations when there is an accounting error and the employee has done no wrongdoing and is tax complaint for 2009.
H. Defamation: The reporting department has negative references to ETC as to my tax status in the amount $3,274.59 as being outstanding and not settled which has resulted in non compliance for myself and my information being forwarded to Labor Relations

ETC states per the letter that if there is an error that actions will be dismissed, I have been advised by the employee Donna that after a review of my 2009 tax year she was not able find and error and my case will be forwarded to Labor Relations for resolve.

000018

My understanding of the said conversation is I have a tax bill unsettled in a timely manner and as a IRS employee I have negated my responsibly and therefore my case will be forward to Labor Relations as a Non Compliant tax payer. I also understand this is the administrative way of collecting taxes of employees that are not tax compliant.

When whomever figure out that I am tax complaint and the accusation against me are incorrect please reply to my attorney

Richard M. Garber (Bar I.D. No 102688)
5437 Vantage Ave
North Hollywood, CA 91607
818-762-8120
Email: rickgaber@sbcglobal.net

Enclosing I would like to thank ETC for informing me of a tax liability that shows me as none tax compliant and for the assistances they have afforded me.

Sincerely

James H. Randall

cc:
richgarber@sbcglobal.net

000019

JAN-25-2011  00:37        MITS LAGUNA                      949 389 5025    P.12



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 30, 2010

JAMES H. RANDALL III
1926 64TH AVE
OAKLAND, CA 94621-3844

We have considered all the available information on your 2009 taxes, including your response to our inquiry of November 3, 2010, and we are not able to resolve the issue(s) stated in our original letter. Based on the fact you still have a balance due for 2009, it appears this could be considered more than a minor or technical error. Accordingly, we have referred the matter to your local management, through the servicing Labor Relations Office, who will address the issue(s) pursuant to the May 15, 2002, Employee Tax Compliance (ETC) / National Treasury Employees Union (NTEU) letter of understanding.

Enclosed is a document entitled, "Penalty Guide: Employee Tax Compliance Cases" which is an extract from the Internal Revenue Service Penalty Determination Guide. As stated in the Guide, employees who fail to comply with tax requirements may be subject to disciplinary action ranging from counseling to removal.

Questions concerning this letter may be addressed to an NTEU steward or your servicing Labor Relations Office. You may also contact the (ETC) staff at (513) 263-3030 or TTY (513) 263-3028.

Sincerely,

Sandra K. Knuckles
Chief, Employee Tax Compliance

Enclosure

# Request for Payment of
# Internal Revenue Taxes

### (Bankruptcy Code Cases - Administrative Expenses)

### Department of the Treasury/Internal Revenue Service

United States Bankruptcy Court for the    CENTRAL
District of __CALIFORNIA__

In the Matter of:    JAMES H RANDALL
PO BOX 532252
LOS ANGELES, CA 90053

Fiduciary:

| | |
|---|---|
| Case Number | 1:06-BK-11277-MT |
| Type of Bankruptcy Case | CHAPTER 13 |
| Date of Petition | 08/04/2006 |
| Creditor Number | 18690095 |

1. The undersigned, whose business address is Insolvency Group 6  300 North Los Angeles St M/S 5022 Los Angeles, CA 90012 _____, is the agent of the Department of the Treasury, Internal Revenue Service, and is authorized to make this request for payment on behalf of the United States.
2. Request is made for payment of taxes and any interest or penalty due under the internal revenue laws of the United States, as shown below.
3. The ground of liability is taxes due under the internal revenue laws of the United States.

This Claim Is Filed Pursuant To 11 U.S.C. Section 1305(a)

Administrative Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Tax Due | Interest Due | Penalty Due | Balance Due |
|---|---|---|---|---|---|---|
| XXX-XX-2397 | 1 INCOME | 12/31/2009 | $3,098.00 | $0.00 | $0.00 | $3,098.00 |
| | | | $3,098.00 | $0.00 | $0.00 | $3,098.00 |

**Total Amount Due:**    **$3,098.00**

1 INFORMATION DETERMINED FROM UNASSESSED RETURN FILED BY DEBTOR

The amount due includes interest and penalty computed to 06/25/2010. Compound interest will accrue at the rate established under IRC Section 6621(a) and late payment penalty will be charged under IRC Section 6651. If the claim is paid after 06/25/2010, contact RINGIE SANTIAGO at (213) 576-4559 for the current balance.

| Penalty for Presenting Fraudulent Claim - Fine of not more than $5,000 or imprisonment for not more than 5 years or both - Title 18, U.S.C., Section 152. | Signature    /s/ RINGIE SANTIAGO | Date    05/12/2010 |
|---|---|---|
| | Title    Bankruptcy Specialist | Telephone Number    (213) 576-4559 |

Form    6338 - A(C)

000021

## Sara Epstein MD
655 N. Central Ave, Suite 1700, Room 1717
Glendale CA 91203

12/6/2012

To Elizabeth Rojas regarding case SV06-11277-MT:

I am writing on behalf of James Randall , with his permission. I have treated Mr Randall over the past year.

He has objected to the closing of his Chapter 13 case. He alleged that IRS broke a stay on the collection of his 2009 tax bill , starting May 2010.

However, per Richard Garber, who has worked with Mr Randall on his tax issues, IRS filed a claim for Randall's 2009 income taxes which was to be paid from his bankruptcy estate by the Chapter 13 Trustee. Mr Randall had amended his bankruptcy plan to include his 2009 taxes as an obligation, and Court approved the plan amendment.   IRS was therefore bound to accept Mr Randall's 2009 tax payment per terms of his amended bankruptcy plan.

I do not understand demands made on Mr Randall to pay back taxes with monies he does not have, why the paying back was made a condition of employment,  or why an employee on medical leave should have to deal with any such work-related stressors.

Mr Randall is on medical leave for the following illnesses:  major depression with thought disorder, post traumatic stress disorder,  mild cognitive dysfunction, weight loss.

He is dealing with financial insolvency, family issues, health issues, occupational issues. I strongly recommend the elimination of all  unnecessary hardships.

Mr Randall's Chapter 13 case has been of some protection to him. As an American Disability Act accommodation to his disabilities, I am asking that you refrain from closing his bankruptcy case SV06-11277-MT. Mr Randall needs to preserve all the support he can get.

I cannot emphasize enough the importance of preserving his bankruptcy case. These are desperate times for Mr Randall.  He needs support and assistance to recover his health. Depression and very high blood pressure are dangerous conditions.  He cannot deal with his back taxes if he is no longer with us.  Therefore, I pray you will give the above your most serious consideration.

Sara Epstein  3236004529

000022

Dec 20 12 04:55p        Hazel Mayfie                                              p.1



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 17, 2012

JAMES H. RANDALL III
1926 64TH AVE
OAKLAND, CA 94621-3844

In performing further research concerning your 1996, 1997, 1998, 1999, 2000, 2001, 2005, 2009, and 2011 taxes, it was discovered that you are no longer employed by the Internal Revenue Service, therefore, this matter has been closed. Please be advised however, that the Inquiry could be reopened if at some time in the future you return to employment with the Internal Revenue Service.

Please understand this inquiry was necessary for public interest as well as your own. If you have questions, please feel free to call the Employee Tax Compliance staff at (513) 263-3030 or TTY (513) 263-3028.

000023

C

**To:** Joyner William H (Nick)
**Subject:** Employee Interview

Nick,

I would like to schedule the interview of James Randall for Wednesday, April 20, 2011, at 10:00 AM, at the Laguna Niguel TIGTA office.    James  is the subject of a TIGTA administrative investigation.    It is my understanding the James is not a bargaining unit employee and  is  therefore  not entitled to union representation.    If this information is incorrect please have James advise me.    If this date is not convenient for James or if he has any  questions, please have him call me.    Feel free to forward this message to James.

Thank you,

Jose Melendez

Special Agent
TIGTA Laguna Niguel
(949) 389-4775

**Ex. 8**
**From:** Randall James H
**Sent:** Tuesday, February 22, 2011 8:18 AM
**To:** Joyner William H (Nick)
**Subject:** RE: Telephone Call - Document

You don't have to see, EEO request today please

```
James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California  92401-1734
```

**Ex. 7**

**From:** Joyner William H (Nick)
**Sent:** Tuesday, February 22, 2011 8:15 AM
**To:** Randall James H
**Subject:** RE: Telephone Call - Document

document attached again as requested.

this is a management process whereby we had a counseling session & i provided you documentation of that conversation. i asked (twice) that you digitally sign the document and return it to me and then waited several past the due date for you to comply.  i don't see this as an EEO issue but if you feel you need to file a complaint then that is your right.

i did not hear back from you last friday re pod assignments. did you return to work? if so, at what time?

thx

nick

---

**From:** Joyner William H (Nick)
**Sent:** Friday, May 13, 2011 6:46 AM
**To:** Randall James H
**Subject:** RE: Friday

also, pls let me know if the amount of leave changes.

thx

---

**From:** Joyner William H (Nick)
**Sent:** Friday, May 13, 2011 6:25 AM
**To:** Randall James H
**Subject:** RE: Friday

ok. i'll enter the leave for you in the grp cal

---

**From:** Randall James H
**Sent:** Friday, May 13, 2011 6:12 AM
**To:** Joyner William H (Nick)
**Subject:** Friday

I will not be in til 12, noon roughly I could not wait as it is an emergency annual leave

James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

000026

**Subject:**   Counseling - 309.495.0763  5322492#

**Start:**   2/15/2011 7:30 AM

**End:**   2/15/2011 8:00 AM

**Show Time As:**   Tentative

**Recurrence:**   (none)

**Meeting Status:**   Not yet responded

**Required Attendees:**   Joyner William H (Nick); Randall James H

When: Tuesday, February 15, 2011 7:30 AM-8:00 AM (GMT-08:00) Pacific Time (US & Canada).

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~*

2nd Attempt

discuss time & attendance, flexiplace, response time re emails, telephone, and other methods of communication

000027

O   All travel documents must be filed timely. You are Required to have an Approved Travel Authorization Before you begin any official government travel. If possible, notify your immediate supervisor of travel plans within one month prior to the travel date. Travelers are required to submit vouchers within five working days after travel ends.

O   Travel Card must be paid in Full each month

O   If trip is canceled, notify manager & cancel Travel Authorization in GovTrip

➤   All official travel, training, leave, etc should be posted to the Group Calendar

➤   Attend the bi-weekly Staff conference call. If you do not have a scheduled absence that your supervisor is aware of, you should inform your supervisor if you cannot attend a specific call for some reason.

## Training

➤   Timely completion annual mandatory training such as FISMA, UNAX, POSH, etc. It is the responsibility of each Specialist to monitor their training to ensure they will meet this requirement.

➤   If a specific class/training (in-service or out-service) has been requested via ELMS, it is the responsibility of the Specialist to make every effort possible to attend the class/training when it becomes available. If something prevents attendance, notify manager immediately

In order to receive a leave restriction letter these are the steps Labor Relations recommends managers use.

LR seven step which I did not received none of and accelerated to a leave letter

1. When you suspect that leave is being use frequently or in unusable patterns or circumstance, you should conduct leave analysis immediately.

A recommended period of time for leave analysis is 6 months
Once all leave for a 6 months period has been annotated, look for frequent use an patterns of use.

2. Discuss the leave used with the employee. During your discussion, you may ask the employee to explain the leave used. Document your discussion.

3. Absent a reasonable explanation, the employee should be orally counseled.
The counseling must be documented as evidence that it did occur in the event that a sick leave restriction or other subsequent action is warranted.

4. If absences due to illness continue to appear excessive, issue written counseling and a warning notice. Monitor the employee leave usage and document each request for leave

5. If the use of sick leave (or other leave in leu of sick leave) continues to be frequent or in a unusual pattern, prepare a sick leave restriction letter period.

000028

- o Pass on security related information as required by emergency situations, etc.
- ➢ Conduct annual site visits to identified PODs for the purpose of compliance reviews and providing security awareness presentations. Note – The parameters of the reviews conducted will be established by MITS management prior to the site visits.
- ➢ For those Specialists assigned the appropriate hardware/software, wireless scans should be conducted on a regular schedule throughout their geographic area of responsibility.
- ➢ You are a member of a team. As such, you are expected to share your knowledge and work product with all others in the team. You will receive individual credit/recognition for your work product via the annual evaluation process and other established avenues.

## Administrative

- ➢ Keep immediate supervisor informed of significant issues and any problems encountered that may impact the timely completion of an assignment
- ➢ Respond Timely to all contacts, deliverables, data calls, etc
- ➢ Timely submission of the Bi-Weekly Status Reports is a requirement for everyone. Even if you have nothing to report for the period, a negative response is required. Note – The current deadline for submission is COB Pacific Time the last Friday of EACH payperiod
- ➢ When possible, leave should be requested in advance. Once approved, you should post leave to the Group Calendar.
- ➢ All unscheduled leave should be requested/reported to your immediate supervisor via phone or email within the first two hours of your scheduled tour of duty. As soon as possible, NLT upon your return to duty, unscheduled leave should be posted to the Group Calendar.
- ➢ Your Employee Time Report (Form 3081) and the input of your T/A information into WebSETR should be completed timely and forwarded to the timekeeper for processing/approval. Note – The current deadline for completion/submission of 3801 and SETR is NOON Pacific Time each Thursday
- ➢ Your VMS greeting will always accurately reflect your status and you will regularly check for messages. Generic VMS greetings are not acceptable. It is acceptable to leave a greeting for "the week of..." however, if you find you are not going to be in the office any time that week, you need to update your greeting to indicate the date and the fact that you are out of the office. For those of you on AWS, please be sure your greeting notes that you are not in the office on that particular day. At a minimum, your VMS message should state the following:
- o Your name
- o Date/period indicator; "Today is..., This is for the week of..., etc"
- o Your status (out of the office, in the office, when you will be returning, etc.)
- o Your access to communication tools (voice mail, cell phone, email) especially if you are out of the office for more than an hour or two.
- o Who to contact (name, telephone number) if you are out of the office for any extended period and they have an issue that cannot wait until your return.

Use of Exchange/Outlook "Out of Office" message is required when you're away for an extended period of time. At a minimum it should state the following:
- o Your status (Leave, Training, When you will be returning, etc.)
- o Your access to communication tools (voice mail, cell phone, email)
- o Who to contact (name, telephone number) if you are out of the office and they have an issue that cannot wait until your return.
- ➢ Your OCS icon should accurately reflect your current status (available, offline, away, in a meeting, etc.). Use of OCS is MANDATORY when working flexiplace. Use is strongly encouraged while in the office to facilitate communication
- ➢ Adhere to all GovTrip Requirements
- ➢ Adhere to IRS Travel Policy
- ➢ Adhere to IRS Travel Card Program Requirements
- ➢ General Travel Reminders (not meant to be all inclusive):

7) As previously noted; your usage of sick leave will be closely monitored in the future and written documentation from a doctor may be required for periods less than 3 days, in addition to the standard of 3 days or greater.

If you would like to discuss this email, please feel free to contact me. This email will be placed in your drop file. Please be advised that the Employee Assistant Program is available for you to take advantage of.

Nick Joyner, CISSP
Territory Manager, Security Operations - West
MITS Cybersecurity Operations
Laguna Niguel, CA
O: 949.389.4147 | C: 760.505.6718 | F: 949.389.5025

<div align="center">

**MITS Cybersecurity Employee Expectations**
**Security Operations - West**
**March 2011**

</div>

## Work

➢ Generally, Specialists are in charge of their own time.  All are responsible for setting their own priorities to accomplish their workload objectives in a timely manner. Work assignments will not be micro-managed.

➢ Specialists, who are not at the full working level (GS-12) for their position, will be monitored more closely and will receive appropriate guidance from management and/or more experienced Specialists at the full working level or above.

➢ Notify co-workers by email AND make appropriate entry in the Group Calendar, when you are going to be out of the office for training, meetings, leave, site visits, etc.

➢ Become familiar with, and develop a good working relationship with, management and other key personnel (Administrative Officers, TIGTA personnel, Physical Security personnel, Deskside Support personnel, Disclosure, etc.) within your assigned geographic area of responsibility.

➢ Provide support and advice to all Business Units regarding the full scope of Cyber Security program areas. Such as:

o Interpretation of procedural guidelines
o FISMA activities
o Certification and Accreditation of systems
o Disaster Recovery and Business Resumption
o CSIRC Incident Handling
o Security/Compliance Reviews
o Safeguard and Lockbox Reviews
o Security Awareness
o IT Auditing
o Compliance Monitoring (NetDoctor, LEM Checker/WPC, Etc)

▪ Specialists are not expected to be a subject matter expert in all program areas, but there is an expectation that the Specialist will have the knowledge/contacts needed to do the necessary research to provide the support/information required by the Business Units.

▪ Security Awareness support for all employees within the Specialists geographic area of responsibility includes:

o Conducting/Supporting New Hire Security Briefings
o Conducting Security Awareness Briefings for managers/employees during group meetings, CPEs, etc.
o Supporting security awareness materials such as newsletters/security bulletins (writing articles, 508 compliance activities, etc.) and distributing those materials to managers/employees.
o Supporting the annual Security Awareness Day activities
o Posting security awareness information to bulletin boards (Shipping posters to appropriate personnel at PODs when travel is not possible)

000030

Print  |  Close Window

**Subject:** FW: Request for Additional Information (EEO)
  **From:** "Wong Karen Y" <Karen.Wong@irs.gov>
  **Date:** Thu, May 26, 2011 9:59 am
    **To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Hi James, forwarding to your other email address.

**From:** Wong Karen Y
**Sent:** Thursday, May 26, 2011 9:15 AM
**To:** Randall James H
**Subject:** Request for Additional Information (EEO)
**Sensitivity:** Confidential

Hi James,
Per our conversation of May 24th, I am seeking assistance from you to clearly define the triggering event and supporting allegations prior to your filing an EEO pre-complaint. Based on the emails you have forwarded, I am unable to associate specific dates with specific events of harassment. In order for me to explain your concerns to management, I must have a clear description of these events. This is your complaint. I am simply the neutral third party who has been assigned to guide you through the EEO complaint process to resolution. As such, I must have a full and complete understanding of the events you wish to include in your pre-complaint. Remember that the most recent incident of harassment must fall within 45 days of the date you first contacted EEO on May 3, 2011. This is the question that needs to be answered:

> **How were you harassed within the past 45 calendar days?  Please describe, in detail, each incident of harassment, the date of occurrence, the managers involved, witnesses if any, and most importantly, the alleged EEO basis.  In your case, the EEO bases are Race and Retaliation/Reprisal.  What is the connection between each incident of harassment and your race and retaliation/reprisal (i.e., request for EEO intervention).**

James, the example below shows you how your allegations will most likely be summarized. We agreed that "February 22, 2011" would be the date you first notified management of your request for EEO intervention, per e-mail dated February 22, 2011. This event signals that you opposed discrimination and allows you to assert Retaliation/Reprisal in the pre-complaint. Please fill in the blanks as best you can. Thank you and I await your response. Have a relaxing Memorial Day weekend. ~ Karen

Based on the information I have, your issue appears to be as follows:

> Was the Complainant subjected to continual harassment (non-sexual) because of his race (Black) and in retaliation for engaging in protected EEO activity when:
>
> 1. On May __, 2011, the Complainant received a response *(need original response)* from supervisor William "Nick" Joyner (race: Caucasian) regarding his request for sick leave from April 25, 2011 to May 29, 2011 and from May 16, 2011 to May 27, 2011. *James, please explain why you believe this response to be discriminatory based on your race and retaliation.*
>
> 2. On _____, 2011, the Complainant received from supervisor William "Nick" Joyner a document entitled, "MITS Cybersecurity Employee Expectations" dated March 2011 which ....
>
> 3. On _____, 2011, the Complainant received verbal counseling (??) from supervisor William "Nick" Joyner that ......*James, was this counseling reduced to writing? If so, I need a copy of the written counseling. Every time you make an allegation, it needs to be backed up with supporting documentation.*

000031

# EEO COUNSELING REPORT – INDIVIDUAL COMPLAINT

## PART I (Through Initial Interview)

### Use a continuation sheet if necessary.

| 1. Director, Treasury Complaints Mega Center: | 2. EEO and Diversity Field Services, Territory Manager: | 3. EEO Counselor: | 4. Date Counseling First Sought: |
|---|---|---|---|
| Nicolas Juarez<br>Operations Director<br>Treasury Complaint Mega Center<br>4050 Alpha Road, MS 1015 NDAL<br>Dallas, TX 75244<br>(972) 308-1303 Desk<br>(972) 308-1307 Fax | Susan Frith, Territory Manager<br>Territory 15, Area C<br>Equity, Diversity and Inclusion<br>Operations, AWSS<br>333 W. Pershing Road, MS 1010<br>Kansas City, MO 64108<br>(816) 291-9131 Desk<br>(816) 292-6248 Fax | Karen Y. Wong, EEO Counselor<br>Territory 15, Area C<br>Equity, Diversity and Inclusion<br>Operations, AWSS<br>1301 Clay Street, Suite 1620S<br>Oakland, CA 94612<br>(510) 637-4619 Desk<br>(510) 637-2883 Fax | **August 1, 2011**<br><br>5. Date of First Interview:<br><br>**August 1, 2011** |

**6. Employee or Applicant: Name, Business or Home Address. Employee: Official Job Title, Series and Grade.**

**James H. Randall, III**
Information Security Specialist
GS-0080-13 FTP [NBU] [690KB]
Mdm-Info Tech Services MITS
Cybersecurity Operations
Campus Center Security
Fresno/Odgen Info Sec
290 N. D Street
San Bernardino, CA 92401-1734
909-388-8254 Desk
~~J~~
Mon-Fri 7:30am-4:00pm

Residence:
James H. Randall, III
1926 – 64th Avenue
Oakland, CA 94621-3844
(M) 213-944-3587
Email:
~~████████~~

**7. Basis or Type of Discrimination:** *Mark (X) where applicable.*

| | | |
|---|---|---|
| Race → | | |
| Color → | | |
| National Origin → | | |
| Religion → | | |
| Sex | Male → | Female → |
| Age | Date of Birth → | |
| Disability | Mental → | Physical → |
| **X** Retaliation/ Reprisal | | |
| Other → | Sexual Orientation → | |
| | Parental Status → | |
| | Protected Genetic Information → | |

**8. Matter Causing Complaint or Issue:** *Mark (X) where applicable.*

| | Issue | | | Issue |
|---|---|---|---|---|
| | Appointment / Hire | | | Harassment – Sexual |
| | Assignment of Duties | | | Medical Examination |
| | Awards | | | Overtime |
| | Conversion to Full-time | | | Pay |
| | Disciplinary Action - Demotion | | | Promotion / Non-selection |
| | Disciplinary Action – Other | | | Reasonable Accommodation |
| | Disciplinary Action – Removal | | | Reassignment – Denied |
| | Disciplinary Action – Reprimand | | | Reassignment – Directed |
| | Disciplinary Action – Suspension, 5 days | | | Reinstatement |
| | Duty Hours | | | Retirement |
| | Equal Pay Act Violation | | | Termination (non-probationary) |
| | Evaluation Appraisal Merit Pay | | | Termination During Probation |
| | Evaluation Appraisal Non-Merit Pay | **X** | | Terms / Conditions of Employment |
| | Examination / Test | **X** | | Time and Attendance |
| **X** | Harassment - Non-sexual | | | Training |

**Other Issue (briefly describe):**

**9. An EEO Counselor cannot reveal the identity of a person who has come for counseling, except when authorized to do so by the person counseled.** *Mark (X) where applicable.*

Is Aggrieved Party willing to have his/her name revealed during the counseling stage?    YES →    ☐    **X** NO →

If answer is "Yes", Aggrieved Party must give permission by signing name here:

| 10. Organization Where Alleged Discrimination Occurred and Date of Occurrence: | 11. Give date Aggrieved Party became aware of alleged discrimination if substantially different from that shown in #10. Explain. |
|---|---|
| Internal Revenue Service – MITS – Cybersecurity<br>Date of occurrence:  **August 1, 2011, ongoing** | **N/A** |

000032

**Leave slip sent to Roger Colon**

**From:**           Colon Roger
**Sent:**           Thursday, June 02, 2011 2:56 AM
**To:**             Randall James H
**Subject:**        Automatic reply: Friday

I will be in class. Linda Cummins will be acting while I am out. She can be reached via

email cr via phone at 859-669-5212. Respectfully, Roger Colon

000033

## Randall James H

| | |
|---|---|
| **From:** | Joyner William H (Nick) |
| **Sent:** | Wednesday, June 01, 2011 8:08 AM |
| **To:** | Randall James H |
| **Cc:** | Colon Roger |
| **Subject:** | RE: info ** Sick Leave 31May11 & 1Jun11** |
| **Importance:** | High |
| **Attachments:** | FOH6 AUTH FOR DISCLOSURE OF INFO.doc |

James

You have requested sick leave for yesterday & today. You will be required to provide a Doctor's note upon your return tomorrow. Failure to do so will result in your time absent being recorded as AWOL (Absent WithOut Leave). Any doctor's note that you do provide (to me) will be reviewed by an FOH physician to confirm that it is sufficient. I have attached an FOH release form to assist you. Please complete and return the release form to me along with your Doctor's note tomorrow morning.

A copy of this email will be placed in your drop file.

Nick Joyner, CISSP
Territory Manager, Security Operations - West
MITS Cybersecurity Operations
Laguna Niguel, CA
**O:** 949.389.4147 | **C:** 760.505.6718 | **F:** 949.389.5025

*peace begins on your plate*

---

**From:** Randall James H
**Sent:** Wednesday, June 01, 2011 5:28 AM
**To:** Joyner William H (Nick)
**Cc:** Colon Roger
**Subject:** info

I am out sick

James H. Randall III

Cyber Security

Information Security Specialist (Southern California)

290 D. Street

San Bernardino, California 92401-1734

000034

Manager email he received the scanned copies of my doctors note
I received your vm at 1019 Having problems with the outlook will provide detailed
response when it comes back online. Thx
Nick Joyner, CISSP
Territory Manager, Security Operations - West MITS Cybersecurity Operations
O: 949.389.4147 | C: 760.505.6718 | F: 949.389.5025 ------Original Message------

From: Randall James H
To: Joyner William H (Nick)      .
Cc: Colon Roger
Subject: RE: Friday


Sent: May 16, 2011 12:11 PM
I called your cell phone this morning and left a message stating that I was off
sick, and that the end of the 15 Days was on Saturday the 14, which FOH was closed
and there was no one to receive my medical slip and I was trying to get them
scanned this morning to send to you.
Sorry to have broke your thread just trying to cover most of what you asked
Thank you

At 2:40pm I received a call stating I would be marked AWOL from the 17 of May all
thought he received my doctors notes.
Harassment, Retaliation, Discrimination and threatening
This is my compliant on just this incident thank you for your time
I will be out on sick leave today
James Randall

James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

Case 3:18-cv-05840-EMC Document 1 Filed 09/24/18 Page 61 of 101

- This is making a false statement to his manager, myself and anyone who has and interest in this event.

Case 3:18-cv-05848-EMC    Document 4    Filed 09/24/18    Page 62 of 101

James

While reviewing the office calendar this morning, I noticed that you have very recently updated the group calendar to indicate "Leave" for yesterday & today, however, you have failed to indicate what type of leave you are requesting nor did you request to take the leave. I am assuming that you are requesting to take "sick" leave, please confirm.

Additionally, while validating time in SETR this morning, I noticed that you claimed that you worked Monday, contrary to what you have previously stated and entered into the group calendar. The remainder of the week was recorded as "sick" leave.

Due to the recent traffic regarding your leave usage, I feel that I should remind you again what is REQUIRED and the steps that I have taken, as clearly your behavior is not acceptable.
1) You must inform me or the acting manager prior to you taking any type of leave

2) All future absences without proper notification will be considered AWOL (Absent WithOut Leave)

3) I have revoked your write privileges to our group calendar (now read only). From this point forward I will update the calendar for you after I have received/approved any leave requests from you. You will also notify me of all other events that are normally recorded in the group calendar & I will make those entries as well.

4) You will not be given the option to reconsider your claim of "sick" leave this week and change your usage to annual.

5) You will be charged with AWOL for your absence this week to include Monday 25Apr11. You will have 15 calendar days from today to produce an acceptable doctor's note for your claim of "sick" leave this week.

6) Any doctor's note you provide will be reviewed by an FOH (Federal Occupational Health) physician to confirm that it is sufficient. If the FOH physician confirms that the note provided is sufficient, then a T&A (Time & Attendance) correction will be executed to convert time charged as AWOL to Sick Leave

7) As previously noted; your usage of sick leave will be closely monitored in the future and written documentation from a doctor may be required for periods less than 3 days, in addition to the standard of 3 days or greater.

If you would like to discuss this email, please feel free to contact me. This email will be placed in your drop file. Please be advised that the Employee Assistant Program is available for you to take advantage of.

This email from my manager has denied me sick leave and put me in an AWOL status.

This letter shows also that even sick I am expected to read email (work). My understanding per the regulation is when you return to work from sick you have this discussion. 15 days from the date of this letter was on 14 May which was a Saturday.

I was sick on the 16 of May, my doctor excused me and sent a scanned copy of my doctors' notes as I could not reach him by phone and did not want to fax them and they are left on the fax machine and never make it to him.

000036

I am charge AWOL where is the due process?

**Compliant Reported to TIGTA Investigations Unit.**

**From:** *TIGTA Investigations Complaints Unit [Complaints@tigta.treas.gov]
**Sent:** Tuesday, May 31, 2011 4:56 AM
**To:** Randall James H
**Subject:** RE: Complaint on my manager

Since you are in the EEO process, did you report this incident to EEO? If you are alleging retaliation based on filing an EEO complaint you should contact the Office of Special Counsel for assistance.

**From:** Randall James H [mailto:James.H.Randall@irs.gov]
**Sent:** Tuesday, May 31, 2011 7:33 AM
**To:** *TIGTA Investigations Complaints Unit
**Subject:** RE: Complaint on my manager

I waive my right as that helps resolve the issue,
Thank you
James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

**From:** *TIGTA Investigations Complaints Unit [mailto:Complaints@tigta.treas.gov]
**Sent:** Tuesday, May 31, 2011 4:20 AM
**To:** Randall James H
**Subject:** RE: Complaint on my manager

Please advise if you waive your right to confidentiality.

**From:** Randall James H [mailto:James.H.Randall@irs.gov]
**Sent:** Tuesday, May 31, 2011 5:16 AM
**To:** *TIGTA Investigations Complaints Unit
**Subject:** Complaint on my manager

James H. Randall III
Last four (2397)

000037

**From:** Melendez Jose R TIGTA [mailto:Jose.Melendez@tigta.treas.gov]
**Sent:** Monday, May 16, 2011 12:20 PM
**To:** Randall James H
**Cc:** Joyner William H (Nick)
**Subject:** RE: Interview

James,

You contacted me by phone and advised me that you will be on medical leave for the next two weeks. I'm assuming pending management approval. As a result we scheduled an interview for Tuesday, May 31, 2011, at 1:30 PM at the TIGTA Laguna Niguel office. I will send a copy of this e-mail to your manager so that he can instruct you to be at the interview on that date.

Thank you,

Jose Melendez
Special Agent
TIGTA Laguna Niguel
(949) 389-4775

**From:** Randall James H
**Sent:** Monday, May 16, 2011 12:22 PM
**To:** Melendez Jose R TIGTA
**Cc:** Joyner William H (Nick)
**Subject:** RE: Interview

I look forward to meeting with you 31 May 2011
Thanks
James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

**From:** Melendez Jose R TIGTA [Jose.Melendez@tigta.treas.gov]
**Sent:** Tuesday, May 31, 2011 2:42 PM
**To:** Randall James H
**Cc:** Joyner William H (Nick); Morikawa Mike K TIGTA
**Subject:** Scheduled interview

James,

On May 16, 2011, we scheduled an interview for May 31, 2011, at 1:30 PM, at the Laguna Niguel TIGTA office. On May 16, 2011, you sent me an e-mail advising me that you would be present. As of today at 2:40 PM you have not shown up for the interview and have not contacted me regarding your reason for failing to keep your appointment.

Jose Melendez

000038

**From:** Randall James H [mailto:James.H.Randall@irs.gov]
**Sent:** Wednesday, May 04, 2011 10:22 AM
**To:** Melendez Jose R TIGTA
**Subject:** RE: Interview

Hi Jose

I have a conflict of time where I would not be able to give you my full attention if this could be reschedule for the same time next week it would be appreciated.

James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

**From:** Melendez Jose R TIGTA
**Sent:** Thursday, May 05, 2011 6:51 AM
**To:** Randall James H
**Cc:** Joyner William H (Nick)
**Subject:** RE: Interview

James,

I'll be out of the office next week.  How about Tuesday, May 17, 2011, at 1:00 PM in the Laguna Niguel TIGTA office?

Jose

**From:** Melendez Jose R TIGTA [mailto:Jose.Melendez@tigta.treas.gov]
**Sent:** Monday, May 16, 2011 8:27 AM
**To:** Randall James H
**Cc:** Joyner William H (Nick)
**Subject:** FW: Interview

James,

Need to confirm that you will be at the interview tomorrow.

Jose

**From:** Randall James H [mailto:James.H.Randall@irs.gov]
**Sent:** Monday, May 16, 2011 11:58 AM
**To:** Melendez Jose R TIGTA
**Cc:** Joyner William H (Nick)
**Subject:** RE: Interview

I am sorry for the delay I was at a doctors appointment, I will not be able to attend tomorrow as I am out on leave Sorry for the late notes
James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

000039

**From:** Joyner William H (Nick)
**Sent:** Friday, June 03, 2011 3:0   M
**To:** Randall James H
**Cc:** Colon Roger
**Subject:** TACACS Team Lead Assignment

James

With regret I must inform you that you have been removed as TACACS Team Lead due to non performance. You will continue on the team as a member and follow direction from the Team Lead.

You assumed this task on or about 23Mar11. Since then I have received numerous complaints about your lack of action and non response to queries. On 12May11, in an effort to help you and at your request, I provided you with a representative list of actions you could take to get back on track with this project. Even after that no apparent efforts were made on your part to improve. Some examples; you did not attend the a project "hand-off" conference call with the prior Lead, you have not established/conducted team meetings, you did not provide an SOP when tasked even though a draft existed and a new template was provided, you did not provide updates to management as requested on numerous occasions, nor have you submitted any required bi-weekly status reports of your work activities. Compounding the issue you have recently been absent from duty for a period of several weeks and have stated that you will continue to be absent thru most of June.

If you have any questions, please let me know

Nick Joyner, CISSP
Territory Manager, Security Operations - West
MITS Cybersecurity Operations
Laguna Niguel, CA
O: 949.389.4147 | C: 760.505.6718 | F: 949.389.5025
*peace begins on your plate*

000040

**From:** Randall James H
**Sent:** Thursday, June 02, 201     55 AM
**To:** Joyner William H (Nick)
**Cc:** Colon Roger
**Subject:** RE: Friday
**Attachments:** doctors-notes1.pdf; FOH6 AUTH FOR DISCLOSURE OF INFO.doc

Update

The form you provided does not give enough information for the P.A,C Fernando Palacios to complete as it does not specify for what reason or for what time period.
In accordance with HIPPA as I was informed the name of the medical person has to be on the form. I don't know anything about that law and so I will not try to explain it. His contact information is on the doctors' note please contact him directly and he will be more than happy to answer your questions.
I have provided you with the doctor's note as you required.
I don't understand the AWOL is about, is it that I don't have the sick leave hours or I am not allowed to be sick? Your emails have stated doctor's notes and I have provided you with them in a timely manner to the best of my ability.
Attached please find my new doctors notes for periods 1 Jun thru 24 any question please refer them to my doctor his contact information has been provided.
Also my budget does not allow me the privilege of going back to forth to the doctor as fuel and the co pay are expensive and I have not received full entitlements to my pay which has put me in a very injurious financial situation at this time again please contact the doctor or his office.

Please update TIGTA as you have made the appointment for me Friday 7 Jun. I will not be checking email until I return to work.
Thank you in advance
James
Doctors' note attached
James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

000041

**From:** Randall James H
**Sent:** Wednesday, June 01, 2011 5:28 AM
**To:** Joyner William H (Nick)
**Cc:** Colon Roger
**Subject:** info

I am out sick

James H. Randall III

Cyber Security

Information Security Specialist (Southern California)

290 D. Street
San Bernardino, California 92401-1734

| | |
|---|---|
| **From:** | Joyner William H (Nick) |
| **Sent:** | Wednesday, June 01, 2011 8:08 AM |
| **To:** | Randall James H |
| **Cc:** | Colon Roger |
| **Subject:** | RE: info ** Sick Leave 31May11 & 1Jun11** |
| **Importance:** | High |
| **Attachments:** | FOH6 AUTH FOR DISCLOSURE OF INFO.doc |

info

James

You have requested sick leave for yesterday & today.  You will be required to provide a Doctor's note upon your return tomorrow.  Failure to do so will result in your time absent being recorded as AWOL (Absent WithOut Leave).  Any doctor's note that you do provide (to me) will be reviewed by an FOH physician to confirm that it is sufficient.  I have attached an FOH release form to assist you.  Please complete and return the release form to me along with your Doctor's note tomorrow morning.

A copy of this email will be placed in your drop file.

Nick Joyner, CISSP
Territory Manager, Security Operations - West
MITS Cybersecurity Operations
Laguna Niguel, CA
**O:** 949.389.4147 | **C:** 760.505.6718 | **F:** 949.389.5025

*peace begins on your plate*

000042

4) Notify me when you return to your PDS

5) Notify me if I need to ( ) someone else to cover anything ) have that cannot wait for your attention on the morning of 7Jun11

Failure to comply with this directive may result in disciplinary action.

If you would like to discuss this email, please feel free to contact me.  Also note that a copy of this email will be placed in your drop file.

Nick Joyner,  CISSP
Territory Manager, Security Operations - West
MITS Cybersecurity Operations
Laguna Niguel, CA
O: 949.389.4147 | C: 760.505.6718 | F: 949.389.5025
*peace begins on your plate*

000043

**From:** Joyner William H (Nick)

**Sent:** Tuesday, May 31, 2011 7:26 AM

**To:** Randall James H

**Subject:** RE: Friday

**Attachments:** FOH6 AUTH FOR DISCLOSURE OF INFO.doc

please complete the attached and return to ASAP. this is required for the FOH process to move forward.

Thx

**From:** Randall James H
**Sent:** Tuesday, May 31, 2011 4:32 AM
**To:** Joyner William H (Nick)
**Cc:** Colon Roger
**Subject:** FW: Friday

I am out sick today, I will bring when I return with new doctors slip.
My old one are still attached as the first one email, if my spelling is bad please over look it as I am very much out of it.
Sorry if I broke your thread

James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

**From:** Joyner William H (Nick)

**Sent:** Tuesday, May 31, 2011 4:40 PM

**To:** Randall James H; Melendez Jose R TIGTA

**Cc:** Morikawa Mike K TIGTA; Colon Roger

**Subject:** Interview - Directed Compliance

**Importance:** High

James

It has come to my attention that you did not show up for your interview with TIGTA Special Agent Melendez today. Even tho you sent me an email indicating you were sick, it clearly is not acceptable for you to not notify Special Agent Melendez directly if you cannot make a scheduled appointment. Special Agent Melendez has repeatedly tried to coordinate this interview with you and accommodate your needs seemingly without success.

To ensure that you do not miss another interview; I hereby direct you to:

1) Meet with Special Agent Jose Melendez for an interview in the Laguna Niguel TIGTA office on Tuesday June 7, 2011 at 10:00am

2) Notify me when you report for duty at your POD at 0730 (your official start time) on the morning of 7Jun11

000044

3) Notify me when you depart for your interview with Special Agent Melendez

in your drop file. Please be advised that the Employee Assistant Program is still available for you to take advantage of.

Nick Joyner, CISSP
Territory Manager, Security Operations - West
MITS Cybersecurity Operations
Laguna Niguel, CA
**O:** 949.389.4147 | **C:** 760.505.6718 | **F:** 949.389.5025
*peace begins on your*

000045

**From:** Joyner William H (Nick)
**Sent:** Wednesday, May 8, 2011 7:58 AM
**To:** Randall James H
**Cc:** Colon Roger
**Subject:** Unrequested & Unapproved Leave - Starting 16May11
**Importance:** High
**Attachments:** FOH6 AUTH FOR DISCLOSURE OF INFO.doc

James

On 16May11 you left me a voicemail stating you were taking sick leave for the day and had a Doctor's note. Later during the day I saw email traffic between you & the TIGTA Special Agent handling your current LR case regarding an interview for Tuesday 17May11. In that traffic the Agent stated that you had informed him you would be on Sick Leave for the next 2 weeks. As noted in my email & voicemail responses to you on 16May11, you never requested nor informed me of any intention to take the next 2 weeks off on Sick Leave. In my messages to you on 16May11, I stated that you would need to fax a Doctor's note to me that same day to cover this unrequested, and yet to be approved, 2 weeks of Sick Leave. I also informed you that pending receipt of that note; I would expect you to report for duty Tuesday 17May11 at the beginning of your official Tour of Duty (0730). Failure to do so would result in your being charged AWOL (Absent WithOut Leave) until such time that a satisfactory Doctor's note is produced. As with your other AWOL situation, approval of the sick leave would be conditioned on the concurrence of an FOH (Federal Occupational Health) physician.

To date you have yet to fax a Doctor's note to me, nor have you bothered to respond to either my email or voicemail. On the morning of 17May11 I sent you an email seeking confirmation that you had reported for duty as directed. I have yet to receive any response to that email as well.

You have been reminded multiple times of your obligations regarding the request/approval of leave. As noted in my 16May11 messages to you, repeated above, and in accordance with past direction, the following steps will be taken, as clearly your behavior continues to be unacceptable.

1) You will be charged with AWOL for your current absence commencing 16May11 until such time as you do report for work. You will have 15 calendar days from today to produce an acceptable doctor's note for any claim of Sick leave for the duration of this incident.

2) Any doctor's note that you do provide (to me) will be reviewed by an FOH physician to confirm that it is sufficient. If the FOH physician confirms that the note provided is sufficient, then a T&A (Time & Attendance) correction will be executed to convert time charged as AWOL to Sick leave. I have attached an FOH release form to assist you. Please complete and return to me along with your Doctor's note.

3) As previously noted; your usage of sick leave will be closely monitored in the future and written documentation from a doctor may be required for periods less than 3 days, in addition to the standard of 3 days or greater.

Additionally, you requested, and were approved for, 4 hours of emergency Annual Leave last Friday 13May11. I asked that you inform me when you return to ensure that you were charged the correct amount of leave. You never responded. Therefore the following step will be taken regarding your time on Friday 13May11:

1) You will be charged 8 Hours of Annual Leave

000046

**From:** Joyner William H (Nick)
**Sent:** Monday, May 16, 2011 9:. M
**To:** Randall James H
**Subject:** RE: Friday
**Importance:** High

james

it has been almost 2 hours since i sent the email below & have not received any response from you. nor have i received any voice or email from you indicating that you will be late, or not at work. additionally, i have also heard from the tigta special agent informing me that you have not responded to him regarding his interview request for tomorrow. at this point i have no choice but to assume you are not at work; therefore you will be placed on AWOL (per our 15feb11 counseling/agreement) starting at 0730 (your TOD start time) until such time as i do hear from you.

regarding your tigta interview tomorrow, i am directing that you attend the interview at the time request by the special agent. i am clearing your schedule of any work for tomorrow morning. please let me know if i need to task someone else to cover anything you have that cannot wait.

Nick

**From:** Randall James H
**Sent:** Monday, May 16, 2011 12:10 PM
**To:** Joyner William H (Nick)
**Cc:** Colon Roger
**Subject:** RE: Friday

I called your cell phone this morning and left a message stating that I was off sick, and that the end of the 15 Days was on Saturday the 14, which FOH was closed and there was no one to receive my medical slip and I was trying to get them scanned this morning to send to you.

Sorry to have broke your thread just trying to cover most of what you asked
Thank you

James

| **From:** | Joyner William H (Nick) |
| **Sent:** | Monday, May 16, 2011 1:59 PM |
| **To:** | Randall James H |
| **Subject:** | Re: Interview |
| **Importance:** | High |

James
As you know I am having issues with Outlook today. Pending my ability to send you a more formal email this will have to suffice in the short term. You did leave me a vm requesting sick leave today stating you had a doctors note. This thread between you and TIGTA is the first I'm hearing about you being out for the next 2 weeks on sick leave.

You will need to fax a doctors note to me TODAY (949.389.5025) to cover this unrequested 2 weeks of sick leave. Pending receipt of that note today for this unrequested, and to date still unapproved leave; I expect you to report for duty tomorrow (17may11) at the beginning of your official TOD (0730). Failure to so will result in your being charged AWOL until such time that a satisfactory doctors note is produced. As with your other AWOL situation, approval of the sick leave will be conditioned on the concurrence of an FOH physician.

Nick Joyner, CISSP
Territory Manager, Security Operations - West MITS Cybersecurity Operations
000047

**From:** Randall James H
**Sent:** Friday, May 13, 2011 6:12 AM
**To:** Joyner William H (Nick)
**Subject:** Friday

I will not be in til 12, noon roughly I could not wait as it is an emergency annual leave

James H. Randall III Cyber
Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

**From:** Joyner William H (Nick)
**Sent:** Friday, May 13, 2011 6:25 AM
**To:** Randall James H
**Subject:** RE: Friday

ok. i'll enter the leave for you in the grp cal

**From:** Joyner William H (Nick)
**Sent:** Friday, May 13, 2011 6:46 AM
**To:** Randall James H
**Subject:** RE: Friday

also, pls let me know if the amount of leave changes.
thx

**From:** Joyner William H (Nick)
**Sent:** Monday, May 16, 2011 8:07 AM
**To:** Randall James H
**Subject:** RE: Friday
**Importance:** High

james

i did not hear back from you last friday re pod assignments. did you return to work? if so, at what time?

thx

nick

000048

**From:** Joyner William H (Nick)
**Sent:** Tuesday, April 26, 2011 10:58 AM
**To:** Randall James H
**Subject:** leave reminder

james

i heard from joan, during our staff call after i asked if she's heard from you, that you're on "leave" today. as you know you are required to notify me when you're requesting/taking leave. this includes notification ea day if you're claiming sick leave. i've updated the grp cal for you today indicating "leave" since i do not know what type you're claiming.

Nick Joyner, CISSP
Territory Manager, Security Operations - West
MITS Cybersecurity Operations
Laguna Niguel, CA
O: 949.389.4147 | C: 760.505.6718 | F: 949.389.5025

*peace begins on your plate*

**From:** Randall James H
**Sent:** Wednesday, April 27, 2011 7:03 AM
**To:** Joyner William H (Nick)
**Subject:** RE: leave reminder

I indicated on the schedule leave
Which I am taking under sick for mental health, I must TIGTA again tomorrow 28
I indicated again today leave sick mental health, if I can't take sick than it will be regular

James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

**From:** Joyner William H (Nick)
**Sent:** Thursday, April 28, 2011 7:13 AM
**To:** Randall James H
**Subject:** RE: leave reminder

you have claimed sick leave for 4 days in a row starting last friday.
regarding "mental health" as you note below; IRM 6.600.1.8.2 states that the use of sick leave is for when an employee is "mentally incapacitated". the irs takes the issue of employee health very seriously as it does the abuse of sick leave. given the number of concurrent days of sick leave you will need to produce a doctor's note for all days claimed this week (currently monday - wednesday). if appropriate, you may change your leave usage to annual this week.

NOTE: The use of sick leave will be closely monitored in the future and written documentation from a doctor may be required for periods less than 3 days, in addition to the standard of 3 days or greater.

Nick Joyner, CISSP
Territory Manager, Security Operations - West
MITS Cybersecurity Operations
Laguna Niguel, CA
O: 949.389.4147 | C: 760.505.6718 | F: 949.389.5025

000049

## RE: Please review '2011 3081 Workbook - Masterflex'

From: Randall James H <James.H.Randall@irs.gov>
  To: Joyner William H (Nick) <William.H.Joyner@irs.gov>
  Cc: Colon Roger <Roger.Colon@irs.gov>
 Date: Wed, Sep 28, 2011 10:25 am

If it is standard convention use what you want, I find red offenses when responding to my questions. Expressing my dislike of conversations in red.

James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

---

**From:** Joyner William H (Nick)
**Sent:** Wednesday, September 28, 2011 10:21 AM
**To:** Randall James H
**Cc:** Colon Roger
**Subject:** RE: Please review '2011 3081 Workbook - Masterflex'

well it is standard convention, but i can use any color that you like. what is your color preference for future reference?

---

**From:** Randall James H
**Sent:** Wednesday, September 28, 2011 10:18 AM
**To:** Joyner William H (Nick)
**Cc:** Colon Roger
**Subject:** RE: Please review '2011 3081 Workbook - Masterflex'

Also I find red offense, for future references

James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

---

**From:** Joyner William H (Nick)
**Sent:** Wednesday, September 28, 2011 10:03 AM
**To:** Randall James H

Cc: Colon Roger
Subject: RE: Please review '2011 3081 Workbook - Masterflex'

we have covered this a number of times. in an effort to assist you, and following common convention, responses inline below in RED to highlight response from question

also, please remember that the IRS Employee Assistance Program is available to you.

thx

---

From: Randall James H
Sent: Wednesday, September 28, 2011 8:59 AM
To: Joyner William H (Nick)
Cc: Colon Roger
Subject: RE: Please review '2011 3081 Workbook - Masterflex'

Again

1. How do I know what I need before it happens? as you are fully aware, there is a well established procedure regarding the request & approval of leave. when you need to take leave you must follow procedure.

2. I must not be able to use sick leave because I have not been paid as of yet. at the moment i believe you have sick leave available for use. the issue with sick leave for earlier this year is pending resolution & foh response. how much sick leave you'll have after foh response & issue resolution is unknown to me at this time.

3. You have the FOH and the information should have been given as to what medication I have been taken. the foh form is just a release from you authorizing your doctor to discuss medical information for a period of dates with an foh physician. i am not privy to any discussions between the medical personnel.

4. I thought this was working with the manager to find solution to possible problems. part of working together is for you to identify what type of leave you need, the amount you need, the date(s) you need it, and then you submit that request. i have also shared info with you regarding the Reasonable Accommodation and actions you need to take if that is something that you are seeking. i'll gladly do whatever i can to support the RA process.

Respectfully


James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

---

From: Joyner William H (Nick)
Sent: Wednesday, September 28, 2011 8:24 AM

000051

INTERNAL REVENUE SERVICE
WASHINGTON, DC 20024

Modernization, Information Technology

June 2, 2011

James Randall III
1926 64th Avenue
Oakland, CA  94621-3844

Dear Mr. Randall:

The purpose of this letter is to inform you of the action that is needed by you in order for the Federal Occupational Health (FOH) to be able to contact your physician if needed.

In order for the Agency's FOH physician to speak with your doctor if they need clarification regarding the notes that you have submitted, you will need to complete the enclosed Authorization for Disclosure of Information form.  Your failure to submit this form to the FOH physician will prevent them from obtaining clarification on any questions they might have in order to provide a sufficient recommendation regarding your condition. This form is to be completed by you not your physician.  Please complete the enclosed form, and mail it back to me as soon as possible so that I can have it forwarded to the FOH physician assigned to your case.  If you have any questions, regarding the form, please feel free to contact me at 949-389-4147 or Pamela Vinson, Human Resources Specialist at 202-622-6452; we will be glad to help you complete the release form.

Please return your completed/signed FOH disclosure form to:

IRS
MITS Cybersecurity – Nick Joyner
24000 Avila Road; M/S 3500
Laguna Niguel, CA  92677

Also, I need to advise you that until a sufficient recommendation is received by the FOH physician I will have no choice but to continue to charge you with Absent Without Leave (AWOL).

I hope that we can make this a win-win situation for everyone.

Sincerely,

William Joyner
Territory ManagerCybersecurity Operations - West

Enclosure

000052

INTERNAL REVENUE SERVICE
WASHINGTON, DC 20024

Modernization, Information Technology

August 18, 2011

James Randall III
1926 64th Avenue
Oakland, CA 94621-3844

Dear Mr. Randall:

As a follow-up to my email request on Thursday 18Aug11, and as a courtesy to you, I am sending you another hardcopy of the Federal Occupational Heath (FOH) "**AUTHORIZATION FOR DISCLOSURE OF INFORMATION**" release form.

I have requested numerous times that you complete and submit the FOH Release Form. I have previously provided this form to you both in email and via overnight delivery of a blank hardcopy to your address of record. To date you have not completed/submitted the form to me.

On 25Jun11 I sent you an email regarding your claims for sick leave and attached the response received from FOH. The FOH physician noted that a determination could not be made to support your claims until they spoke with your doctor. As you know, FOH cannot speak with your doctor until they receive your completed/signed release form. You have also been informed that until such time as FOH is able to speak with your doctor and make a determination, your time absent will remain as AWOL (Absent WithOut Leave).

Also note, that I have only received 2 doctors notes from you. Those were regarding the periods 25Apr11 -27May11 & 16-27May11. Both notes were dated 13May11. You have not submitted doctors notes for the remainder of the time that you have been absent from work. You have also been informed that any doctor's note provided would be reviewed by an FOH physician to confirm that it is sufficient.

**In an effort to assist you, you will be afforded one final opportunity to submit your FOH release form (enclosed). You will have 10 business days to complete and submit the form to me. The final day for my receiving your completed and signed form will be Thursday 1Sep11. Faxing the completed/signed form to my attention at 949.389.5025 will suffice.**

If you have any questions, regarding the form, please feel free to contact me at 949-389-4147 or Pamela Vinson, Human Resources Specialist at 202-622-6452; we will be glad to help you complete the release form.

Sincerely,

William Joyner
Territory ManagerCybersecurity Operations - West

Enclosure

10/03/2011  09:32    0000000000                                    PAGE  02/02

 DEPARTMENT OF HEALTH & HUMAN SERVICES          Federal Occupational Health Service

Date: 9/12/2011

Pamela Vinson
Department of Treasury, IRS

James Randall  Case #: 11-5300

Dear Ms. Vinson,

This office is in receipt of three letters discussing absence from work (two dated 5/13/2011 and one dated 6/1/2011) for an IRS employee named James Randall who is requesting leave under FMLA to care for an illness. The healthcare provider did not complete form WH-380. There was a release for the healthcare provider and the office was contacted for clarifying information regarding this request.

Based on the information provided, Mr. Randall is suffering from a medical condition that would be considered "serious" under the FMLA. According to the employee's treating provider, the employee has required continuous leave to care for a medical condition starting from 4/25/2011 until 9/30/2011. As such the employee requires the full amount of leave required under the FMLA Act (480 hours) to care for his medical condition.

Sincerely,



000054

## Randall James H

| | |
|---|---|
| **From:** | Randall James H |
| **Sent:** | Friday, November 18, 2011 4:04 PM |
| **To:** | Vinson Pamela L; Joyner William H (Nick) |
| **Cc:** | Colon Roger |

**Subject:** RE: letter

Ok, I guess no answer till Monday, I'm going home until I hear back from one of you I guess I will come at 12:00pm

Thank you in advance

James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

---

**From:** Vinson Pamela L
**Sent:** Friday, November 18, 2011 3:33 PM
**To:** Randall James H; Joyner William H (Nick)
**Cc:** Colon Roger
**Subject:** RE: letter

James, what is needed is for you to tell Mr. Joyner what time you want to be off or what time will you be in the office. Please advised.

Thanks!
Pam Vinson


*Pamela Vinson*
*Human Resources Specialist (LR/ER)*
*Washington Area Labor Relations Section*
*W-202-622-6452*
*F-202-622-4629*

**Find your supporting LR Section (click the link below)**

URL: http://hco.web.irs.gov/pdf/wash-martinsburglr.pdf




---

**From:** Randall James H
**Sent:** Friday, November 18, 2011 6:29 PM
**To:** Joyner William H (Nick)
**Cc:** Vinson Pamela L; Colon Roger
**Subject:** RE: letter

She is sending you a request

000055

James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

**From:** Joyner William H (Nick)
**Sent:** Friday, November 18, 2011 2:21 PM
**To:** Randall James H
**Cc:** Vinson Pamela L; Colon Roger
**Subject:** RE: letter
**Importance:** High

james

need your leave request per your doctor's note regarding possible restricted work hours for 21nov11-1dec11. as you know, i can't approve leave until you identify/request it. please send it to me immediately so that i can approve before i go on vacation. remember a leave request must indicate date(s), # of hours, & which hours (ie 0730-1130, 1200-4, etc).

understand that you are not authorized to take leave until i do approve it. so please submit.

thx

nick

**From:** Joyner William H (Nick)
**Sent:** Thursday, November 17, 2011 4:16 PM
**To:** Randall James H
**Cc:** Vinson Pamela L; Colon Roger
**Subject:** RE: letter

sorry forgot to address your comments regarding awol. as i informed you, the awol charges stem from your failure to comply with policy, procedure, expectations, & your counseling letter dated 15feb11.

based on your doctor's note, i will approve leave the next 2 weeks, once you have identified it in accordance with standard policy/procedure/expectations/ and as requested below.

**From:** Joyner William H (Nick)
**Sent:** Thursday, November 17, 2011 4:05 PM
**To:** Randall James H
**Cc:** Vinson Pamela L; Colon Roger
**Subject:** RE: letter

your doctor's note states you're restricted to working 4 hours per day. i am more than willing to accommodate you. if you arrive at 1030 that will only be 3 hours. when will you be using the 4th hour?

**From:** Randall James H
**Sent:** Thursday, November 17, 2011 4:03 PM

000056

**To:** Joyner William H (Nick)
**Cc:** Vinson Pamela L; Colon Roger
**Subject:** RE: letter

Nick

After today talking with you I can see I won't get here til 10:00 or 10:30 so lets just cut the talking to you. The less I hear from you the better I feel.
So I am requesting leave til I get in at about that time.

And as far as my AWOL hours I will talk to my doctor because I did not just get this way. If it's not spelled out for you I can only be ill the hours someone else tells you.

Again this is my request

good night

James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

---

**From:** Joyner William H (Nick)
**Sent:** Thursday, November 17, 2011 3:51 PM
**To:** Randall James H
**Cc:** Vinson Pamela L; Colon Roger
**Subject:** RE: letter

ok. please remember that if you are late, or are going to be late, and/or have any situation that impacts your ability to perform your duties, you are obligated to contact me. to be clear; send me an email or leave me a vm in the morning if you're going to be late. it is also important that we update setr to correctly reflect your time tomorrow. setr must be validated/signed extremely early west coast time in the morning

---

**From:** Randall James H
**Sent:** Thursday, November 17, 2011 3:38 PM
**To:** Joyner William H (Nick)
**Cc:** Vinson Pamela L; Colon Roger
**Subject:** RE: letter

I'm exhausted I don't even have an answer; I may have an answer tomorrow

Good Evening

James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

---

**From:** Joyner William H (Nick)
**Sent:** Thursday, November 17, 2011 3:12 PM
**To:** Randall James H
**Cc:** Vinson Pamela L; Colon Roger
**Subject:** RE: letter

000057

this would be a lot easier if you were willing to talk. but since you've stated that you're not, then i have to use email.

i see in your doctor's note below that "Mr Randall is restricted to 4 hrs/day for the next two weeks". based on the date of the note the restriction starts tomorrow & will run thru 1dec11.

since you've haven't made a request i need some information from you....

1) which 4 hours are you requesting (0730-1130, 1200-1600, other) leave?
2) same hours everyday? if not, please provide a schedule.

once i have the above information, i will be able to approve.

lastly, your doctor also states that she does "foresee a lengthy period off work on disability 3-6 months" in the future. disability is a different process outside of the normal leave request/approve process. if it were to fall under RA you would need a doctor's note & an FOH release. given the length of time for the FOH review process, you should submit the documents well in advance of your need.

**PAM** - Please advise if RA is the correct path for the potential 3-6 month disability request or if another is required.

thx

nick

---

**From:** Randall James H
**Sent:** Thursday, November 17, 2011 2:38 PM
**To:** Joyner William H (Nick)
**Cc:** Vinson Pamela L; Colon Roger
**Subject:** RE: letter

Request for leave does not have to say use or lose, just leave. I requested it you said no.
End of story.

What my medical condition is has nothing to do with my request for leave, if I have it I can use it and I requested and you said no.

I just explained to you why I needed it, which I did not have to do.

If it's there and I'm AWOL your favorite place for me than the answer must have been No. Just like the other 470 hour I was AWOL.

Please end the email storm, I have a headache and stressed from talking about leave I have.

James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

---

**From:** Joyner William H (Nick)
**Sent:** Thursday, November 17, 2011 2:26 PM

000058

**To:** Randall James H
**Cc:** Vinson Pamela L; Colon Roger
**Subject:** RE: letter

as noted, even if pam and/or the RA office are fine with the doctor's message, the RA cannot move forward without the FOH release.

regarding RA; that is about your desire to take leave for the 1st hour of your TOD each morning to accommodate a stated issue you have with your medication. i have never said i "won't approve use of my use or loss leave unless the RA says so".

i have never denied any properly requested leave from any employee. this includes you.

regarding use or lose leave: over the past few months, despite numerous communications on my part, you have never submitted any use/lose leave request(s).

---

**From:** Randall James H
**Sent:** Thursday, November 17, 2011 2:11 PM
**To:** Joyner William H (Nick)
**Cc:** Vinson Pamela L; Colon Roger
**Subject:** RE: letter

Guess Pam Vinson will make that call.

You have the doctor's note; if you need a fax or whatever form of media please make that known to the doctor please.
I'm sure she will attempt to satisfy your request. Her number is on the email you have my permission to call her. She even states if you have any questions you may call her.

Thank you, Sara Epstein MD 626-403-8999

As far as leave goes I have use or lose leave and my health comes before pleasure. I should be able to use it however I want. But as you have stated you won't approve use of my use or loss leave unless the RA says so.

Same story deny my leave request even if it's use or loss.

Thank you again for the assistance that you provide.

James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

---

**From:** Joyner William H (Nick)
**Sent:** Thursday, November 17, 2011 1:43 PM
**To:** Randall James H
**Cc:** Vinson Pamela L; Colon Roger
**Subject:** RE: letter

000059

james

after reading the message below, it appears that your doctor has been misinformed. as you well know, i have **never** requested any medical information from you or your doctor. all i have ever asked for, and in accordance with irs policy, is:

1) a doctors note excusing you from work
2) a completed/signed FOH release form so that an FOH doctor can speak with your doctor

with that said, i have included pam vinson (LR) on the cc line and ask that she let us know if this is traffic will suffice. however, and as you well know, we cannot move forward with the RA process without a new, signed, FOH release. again the purpose of the release is so that an FOH physician can speak with your physician. as you now appear to be bringing an attorney into this situation, i am also cc'ing my supervisor roger colon (program manager, cybersecurity operations).

please be advised, even if pam determines we can use the doctor's message below, the RA process still cannot move forward without a current, completed, signed FOH release. without that, and then an affirmative confirmation from an FOH physician, i cannot approve your proposed request to take leave for the first hour of your TOD each morning.

nick

---

**From:** Randall James H
**Sent:** Thursday, November 17, 2011 1:17 PM
**To:** Joyner William H (Nick)
**Subject:** letter

Per your request for you and the FOH any questions please contact the Doctor or my Attorney

William Brawner Attorney at Law
(213) 984-1776

Have a great day

James H. Randall III
Cyber Security
Information Security Specialist (Southern California)
290 D. Street
San Bernardino, California 92401-1734

---

San Marino Psychiatric Associates, 2400 Mission St, San Marino CA 91108

11/17/2011

To whom it may concern:

This is to confirm that Mr James Randall met with me for an extended session Tues 11/15/2011. I hope this answers any questions about his attending an appointment on that date.

000060

I am very concerned about management's blanket request for the medical record on Mr Randall from this office. Surely management is aware of HIPAA law. Medical records are confidential. Psychiatric records are confidential to an even greater degree. My understanding is that without Mr Randall's written consent, I am not authorized to release his private personal psychiatric records (barring suicidality, homicidality – not the case here). If there is a federal legal code negating this, please do send it so that I can review it.

There are also California Civil Codes to consider. I am enclosing a link pertaining to employer's right to worker's medical record (http://law.onecle.com/california/civil/56.10.html) which states:

1)   56.10c2 that I may disclose health information to an employer to the extent necessary to allow responsibility for payment to be determined and made.
2)   56.10c8A states that I can disclose information to an employer in the context of a lawsuit/arbitration/grievance, however the information disclosed can only be used in connection with the legal proceedings.
3)   56.10c8B states that I can disclose functional limitations entitling the patient to leave work for medical reasons.

Nowhere do I see that a patient's manager has a right to the medical record. If you have the codes negating this, please supply them to me. For now, I am obliged to comply with California Civil Codes. Rest assured I will consult with counsel concerning this. To the best of my current knowledge, if I sent you Mr Randall's medical record, we could both be charged with HIPAA violation and violation of California Civil Code.

In accord with the above:

1)   Mr Randall has a stress disorder and a major mood disorder at present.
2)   I need to consult with counsel to know how to address 56.10c8A.
3)   Mr Randall is restricted to 4 hrs/day for the next two weeks. He feels very strongly about completing and closing out his work. I do foresee a lengthy period off work on disability 3-6 months. If you can please work with him toward that end I would greatly appreciate it.

Mr Randall is unwell at the present time. I wish to minimize unnecessary stress for him. As an American Disability Act accommodation to his current disability, please eliminate unnecessary stressors for him.

Thank you, Sara Epstein MD  626-4038999


<br><br><div><div><font color="#000000"><div>CONFIDENTIAL - FOR ADDRESSEE ONLY:  This email may include confidential information for use only by the addressee. If you are not the recipient or his/her agent, you are hereby notified that any unauthorized use of this email is prohibited. If you have received this email in error, please notify the sender by reply email, then destroy this email.
</div><div> </div><div>Note that email communication is not entirely private. Your correspondence by email is understood as informed consent to this mode of communication.</div><div> </div><div>Sara Epstein MD,  email sa.epstein@yahoo.com (preferred), voicemail 323-6004529<br>LA County: 1300 N

000061

Mission Rd, Los Angeles 90033, 323-3438303, fax 323-2262085<br>Private group: 2400 Mission St, San Marino 91108, 626-4038999, fax 626-4038989<br>Emergencies:  County operator 323-2264906 or Group&#39;s service c/o 626-4038999<br></div></font></div></div>

000062



James H. Randall III
1926 64th ave
Oakland, California 94621

18 June 2016

Memorandum For: The Honorable Commissioner John Koskinen, 1111 Constitution Ave N,W
Washington, DC 20224-0002
Honorable J. Russell George, Treasury Inspector General for Tax Administration, P.O. Box 589
Ben Franklin Station, Washington, DC 20044-0589

SUBJECT: Settle a claim against the Internal Revenue Service and Treasury Inspector General
report April, 18 2013 Reference # 2013-10-032 / EEO case against William Joyner which would
have been against Doug Schulman. Forms from MSPB case SF-0752-1 3-0232-I-i

Mr Koskinen, my name is James H. Randall III social security number ▓▓▓▓▓▓ former
member of the Cyber Security Service at the IRS. Departure date 11 Dec 2012

I have tried every avenue to reach someone to resolve these issues however the management of
the United States of America has proven to be to much to bring a court case against.

I did not have 3 violations and was suspend for 30 days instead of 14, I was never informed of
my rights by management. And was at 2 violations, and one because of the agency had no travel
money and I used the card to keep track of what I spent in local travel doing briefings.

I'm not asking you to side with me or to scold anyone, I just want resolve. My life is in pieces
because of the retaliation and advance operations of the organization. Plus the standard way of
discrediting of an individual

I just want resolve, the Inspector General and Chief Counsel can go in to detail about what
happen. Bottom line is due process nor due diligence has occur in my case and I believe it's
because I'm a minority it may not be the case however I hope that I am able to voice my opinion.

Currently my records would appear to be between Office of personal management and the
Treasury.

I feel that I am due reparations and if not at least an explanation and you may or may not be the
person to answer the question. But you are the person to put an end to this advance operations.

The Treasury Inspector General has all the information on me and all incidences occurring. I
don't want an apology nor help with damage control

I'm closing here as I understand you are a person with many responsibilities and appreciate the
time given to my problem.

Summary: I want _resolve_ so I may precede with my life which ever way it may go. Please stop
the retaliation and advance operations. My O.P.M pay corrected and paid immediately would be
helpful, if not whatever can be done is appreciated. Point proven.

Sincerely

James H. Randall III

000064

# TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION



## Travel Card Controls Are Generally Effective, but More Aggressive Actions to Address Misuse Are Needed

**April 18, 2013**

**Reference Number: 2013-10-032**

This report has cleared the Treasury Inspector General for Tax Administration disclosure review process and information determined to be restricted from public release has been redacted from this document.

**Phone Number**  |  *202-622-6500*
**E-mail Address**  |  *TIGTACommunications@tigta.treas.gov*
**Website**  |  *http://www.treasury.gov/tigta*

000065

Case 3:18-cv-05848-EMC   Document 4   Filed 09/24/18   Page 92 of 101



*Travel Card Controls Are Generally Effective,
but More Aggressive Actions to Address Misuse Are Needed*

**Figure 3: Examples of Travel Card Misuse,
Recommended Penalties, and Actions Taken by the IRS**

| Travel Card Misuse (Employee Grade and Position) | Recommended Penalty | Actions Taken by the IRS |
|---|---|---|
| Multiple Offenses   Seven NSF checks written against travel card account in FY 2011 (General Schedule-9 Tax Compliance Officer). | 15-Day Suspension to Removal | Alternative discipline of donation of eight hours leave and attendance at two credit counseling classes. |
| Third Offense   Personal use of the travel card in FY 2010, delinquent and suspended travel card account in FY 2010, additional personal use in FY 2011, and additional delinquency in FY 2011 (General Schedule-13 Lead Information Technology Specialist). | 15-Day Suspension to Removal | Suspension of less than 14 business days for the personal use and delinquency in FY 2011. |
| Multiple Offenses   Account delinquency in FY 2005, delinquency in FY 2008, NSF checks in FY 2011 (General Schedule-14 Program Analyst). | 15-Day Suspension to Removal | Written reprimand in response to two NSF checks and an account delinquency. |
| Second Offense   Delinquency in FY 2008 and NSF check in FY 2010 (General Schedule-13 Financial Program Consultant). | Six- to 14-Day Suspension | Written counseling in response to the FY 2010 delinquency and the NSF check. |
| First Offense   Single instance of personal use in FY 2010 (General Schedule-13 Internal Revenue Agent). | Written Reprimand to Five-Day Suspension | Letter closing the issue without action. Letter not kept in employee personnel file. |

Source: *Our analysis of CCS Branch's misuse referrals and the IRS's subsequent disciplinary actions.*

### Cardholders who misused their travel cards did not have background checks and national security clearances reevaluated

Of the over 1,000 referrals made during FYs 2010 and 2011 by the CCS Branch to Labor Relations personnel for travel card misuse, at least 785 cardholders had their accounts suspended or placed into the salary offset program due to significantly past due balances and NSF check payments to Citibank or had their accounts charged off. Examples of some of the more senior positions occupied by these employees include:

- Executive   Executive Schedule-00.
- General Attorney   General Schedule-15.
- Contract Specialist   General Schedule-14.
- Internal Revenue Agent   General Schedule-13.
- Criminal Investigator   General Schedule-13.

Page 15

# Recommendation for Disciplinary/Adverse Action

## Narrative Section

Please provide a narrative below, on a continuing separate sheet if necessary, discussing the issue and the facts of the case. Include reference to any Douglas Factors that you considered in making your recommendation (2009 National Agreement, Article 38 and 39). To access the Guide to Penalty Determinations, click here.

**Examine and comment on the following**

1) Why did the violation occur
2) Could it have been avoided? How?
3) What action can now be taken to avoid a similar infraction

James Randall's absence from work can no longer be tolerated. James has been unavailable to perform the duties of his position and/or unable to report to duty for extended periods of time. His continued absence from work affects the other employees in the workgroup and the efficiency of the business unit.

>February 1, 2012 through February 29, 2012, James was suspended w/o pay due to a disciplinary action that occurred before he was realigned to the SRCO workgroup. James was to return to duty on March 1, 2012.

>James called late in the afternoon of March 1, 2012, and informed his manager he needed to take LWOP.

>James did not show up for work again on March 2, 2012. His manager called his cell phone and reminded him that he needed to call within 2 hours of the beginning of his TOD and let her know he would not be in for work. James informed her his doctor would be sending her a FAX excusing his absence from work. She did not receive the FAX.

>James called on March 5 and 6, 2012, requesting LWOP due to his medical condition. His manager reminded him once again if she did not receive a FAX from his doctor he would be placed on AWOL. He said he would check again with his doctor to see why it had not been sent.

>The FAX was received on March 8, 2012, from his doctor, Sara Epstein, requesting James be excused from work until May 31, 2012, due to acute medical issues which were as yet uncontrolled. A FAX from his attorney William H. Brawner was also received at the same time. The attorney stated he was representing James in regards to an EEO claim and a soon to be filed Workers Compensation Claim. He also stated that all future communication with James be sent either to him or his doctor and his manager should not contact James directly.

>James was approved for leave under the Family Medical Leave Act (FMLA), due to a medical condition, and was placed on FMLA for the maximum 480 hours.

>On April 24, 2012, his manager received a FAX from James's attorney with a Notice of Occupational Disease and Claim for Compensation form attached for completion and submission. The form was completed and submitted.

>James did not show up for work on June 4, 2012, and his manager contacted his doctor and lawyer. The doctor faxed a letter requesting James' leave be extended for another six months due to his continued inability to report for duty because of significant and serious medical issues. She also stated she would be mindful that the next extension expires around the holidays, leaving the impression he would not be returning for work in December 2012.

>James was placed on LWOP.

>A letter was sent to James on July 10, 2012, requesting he return to work on Monday, July 30, 2012. Failure to return to duty would result in managements pursuit for a non-causal removal from the Service.

>James did not show up for work on July 30, 2012, and has not contacted his manager since.

>A review of James' leave record from January 1, 2011, through September 22, 2012, shows the following leave usage:

    Annual Leave = 405 hours
    Sick Leave = 743 hours with a negative balance of 196 hours
    LWOP = 696 hours
    FMLA LWOP - 480 hours
    AWOL = 40 hours
    Suspension = 176 hours

| For Labor Relations Use Only | | |
|---|---|---|
| **Case Number** | | Date AD notification to Manager |
| Labor Relations Specialist / Analyst | ☐ Agree<br>☐ Disagree | Remarks |
| Chief, Labor Relations | ☐ Agree<br>☐ Disagree | Remarks |

Labor Relations Brief Synopsis of Case

000067

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20024

Modernization, Information Technology

January 10, 2012

James Randall III
1926 64th Avenue
Oakland, CA 94621-3844

Dear Mr. Randall III:

In a letter dated November 30, 2011, you were advised that you would be suspended from work and pay during the timeframe of January 2, 2012, through February 1, 2012. However, due to the recommendation received from the Federal Occupational Health Service (FOH), which states "he is likely to need up to 8 weeks of continuous leave from November 30, 2011 — January 30, 2012", you will not be suspended during that time as originally stated in the November 30, 2011, letter. Since you will no longer be placed in a non-pay status due to the suspension, you will need to advise management as to what type of leave, if any, you would like to take for the period of December 8, 2011, to January 30, 2012.

Due to the need to change the dates of your suspension, this will serve as notice that you will be suspended from duty and pay for a period of thirty (30) calendar days commencing on January 31, 2012. You will return to duty at 7:30 am on March 1, 2012.

Also, please contact me as soon as possible to discuss the complete recommendation from FOH regarding your medical condition. I look forward to speaking with you.

Sincerely,

William (Nick) Joyner
CISSP Territory Manager

7

000068

remely urgent

this envelope is for use with the following serv... :

UPS Next Day Air*
UPS Worldwide Express*
UPS 2nd Day Air*

Visit ups.com® or call 1-800-PICK-UPS® (1-800-742-5877) to schedule a pickup or find a drop off location near you.

Apply shipping documents on this side.

**Domestic Shipments**

· To qualify for the Letter rate, UPS Express Envel correspondence, urgent documents, and/or el weigh 8 oz. or less. UPS Express Envelopes co those listed or weighing more than 8 oz. will b

WILLIAM NICK JOYNER MS 3500
WILLIAM NICK JOYNER, MS 3500
(949) 389-4147
INTERNAL REVENUE SERVICE
24000 AVILA RD
LAGUNA NIGUEL  CA 92677-3487

0.1 LBS    LTR      1 OF 1

**International Shipments**

· The UPS Express Envelope may be used only f value. Certain countries consider electronic m ups.com/importexport to verify if your shipm

· To qualify for the Letter rate, the UPS Express UPS Express Envelopes weighing more than 8

SHIP TO:
JAMES RANDALL II I
(510) 798-1203
OAKLAND / IRS
1926 64TH AVENUE
OAKLAND   CA 94621-3844

Note: Express Envelopes are recommende containing sensi... nation or b or c...

Do not use this envelope for:

UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

EX 00

CA 946 9-02

UPS NEXT DAY AIR
TRACKING #: 1Z 979 627 01 5512 7592        1

BILLING: P/P

RS
I AVE
CA 94021-3844               I:64B

ITE  S:MSL      X ☐
-- 1063              1030
627015512 7592
CARAXIO2       JAN 11 8612010 2013
XIP 11.1.3        0001010010

Case 3:18-cv-05848-EMC   Document 4   Filed 09/24/18   Page 95 of 101

# Recommendation for Disciplinary/Adverse Action

## Narrative Section

Please provide a narrative below, on a continuing separate sheet if necessary, discussing the issue and the facts of the case. Include reference to any Douglas Factors that you considered in making your recommendation (2009 National Agreement, Article 38 and 39). To access the Guide to Penalty Determinations, click here.

**Examine and comment on the following**

1) Why did the violation occur
2) Could it have been avoided? How?
3) What action can now be taken to avoid a similar infraction

James Randall's absence from work can no longer be tolerated. James has been unavailable to perform the duties of his position and/or unable to report to duty for extended periods of time. His continued absence from work affects the other employees in the workgroup and the efficiency of the business unit.

>February 1, 2012 through February 29, 2012, James was suspended w/o pay due to a disciplinary action that occurred before he was realigned to the SRCO workgroup. James was to return to duty on March 1, 2012.

>James called late in the afternoon of March 1, 2012, and informed his manager he needed to take LWOP.

>James did not show up for work again on March 2, 2012. His manager called his cell phone and reminded him that he needed to call within 2 hours of the beginning of his TOD and let her know he would not be in for work. James informed her his doctor would be sending her a FAX excusing his absence from work. She did not receive the FAX.

>James called on March 5 and 6, 2012, requesting LWOP due to his medical condition. His manager reminded him once again if she did not receive a FAX from his doctor he would be placed on AWOL. He said he would check again with his doctor to see why it had not been sent.

>The FAX was received on March 8, 2012, from his doctor, Sara Epstein, requesting James be excused from work until May 31, 2012, due to acute medical issues which were as yet uncontrolled. A FAX from his attorney William H. Brawner was also received at the same time. The attorney stated he was representing James in regards to an EEO claim and a soon to be filed Workers Compensation Claim. He also stated that all future communication with James be sent either to him or his doctor and his manager should not contact James directly.

>James was approved for leave under the Family Medical Leave Act (FMLA), due to a medical condition, and was placed on FMLA for the maximum 480 hours.

>On April 24, 2012, his manager received a FAX from James's attorney with a Notice of Occupational Disease and Claim for Compensation form attached for completion and submission. The form was completed and submitted.

>James did not show up for work on June 4, 2012, and his manager contacted his doctor and lawyer. The doctor faxed a letter requesting James' leave be extended for another six months due to his continued inability to report for duty because of significant and serious medical issues. She also stated she would be mindful that the next extension expires around the holidays, leaving the impression he would not be returning for work in December 2012.

>James was placed on LWOP.

>A letter was sent to James on July 10, 2012, requesting he return to work on Monday, July 30, 2012. Failure to return to duty would result in managements pursuit for a non-causal removal from the Service.

>James did not show up for work on July 30, 2012, and has not contacted his manager since.

>A review of James' leave record from January 1, 2011, through September 22, 2012, shows the following leave usage:

  Annual Leave = 405 hours
  Sick Leave = 743 hours with a negative balance of 196 hours
  LWOP = 696 hours
  FMLA LWOP - 480 hours
  AWOL = 40 hours
  Suspension = 176 hours

| For Labor Relations Use Only | | |
|---|---|---|
| Case Number | | Date AD notification to Manager |
| Labor Relations Specialist / Analyst | ☐ Agree  ☐ Disagree | Remarks |
| Chief, Labor Relations | ☐ Agree  ☐ Disagree | Remarks |

Labor Relations Brief Synopsis of Case

Form **11396** (Rev. 4-2011)     Catalog Number 25712P     publish.no.irs.gov     Department of the Treasury-Internal Revenue Service    2

000070

# REQUEST FOR PERSONNEL ACTION

Standard Form 52
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

| PART A - Requesting Office (Also complete Part B, Items 1, 7-22, 32, 33, 36, and 39) | 2. Request Number |
|---|---|

**1. Actions Requested**
Separation

| 3. For Additional Information Call    (Name and Telephone Number) | 4. Proposed Eff. Date |
|---|---|
| Bueltel, Ann M  816/291-9512 | 12-11-2012 |

| 5. Action Requested By    (Typed Name, Title, Signature, and Request Date) | 6. Action Authorized By    (Typed Name, Title, Signature, and Date) |
|---|---|
| Bueltel, Ann M                              12-10-2012<br>SUPVY SECURITY SPECIALIST | |

**PART B - For Preparation of SF 50** (Use only codes in The Guide to Personnel Data Standards.  Show all dates in month-day-year order.)

| 1. Name  (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Randall III, James H | ▮▮▮▮▮▮ | 07-23-1961 | 12-11-2012 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 330 | Removal |
| 5-C. Code | 5-D. Legal Authority |
| ZLM | AGCY CITE |
| 5-E. Code | 5-F. Legal Authority |
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

**7. FROM: Position Title and Number**

ITSPEC (INFOSEC)
PD: 94431A           Position:    65721667

| 8. Pay Plan | 9. Occ. CD | 10. Grd/Lvl | 11. Step/Rate | 12. Tot. Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 2210 | 13 | 04 | $100,254.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $78,841.00 | $21,413.00 | $100,254.00 | $0 |

**14. Name and Location of Position's Organization**

INTERNAL REVENUE SERVICE
SECURITY REGULATORY COMPLIAN O
SAN BERNARDINO

**15. TO: Position Title and Number**

| 16. Pay Plan | 17. Occ. CD | 18. Grd/Lvl | 19. Step/Rate | 20. Tot. Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

**22. Name and Location of Position's Organization**

### EMPLOYEE DATA

**23. Veterans Preference**
1-None    3-10 Point/Disability    5-10 Point/Other
2 / 2-5 Point    4-10 Point/Compensable    6-10 Point/Compensable/30%

**27. FEGLI**
C0    Basic Only

**30. Retirement Plan**
K    FERS and FICA

**31. Service Comp. Date (Leave)**
06-28-2004

**24. Tenure**
0-None    2-Conditional
1 / 1-Permanent    3-Indefinite

**28. Annuitant Indicator**
9    Not Applicable

**32. Work Schedule**
F    F-Full Time

**25. Agency Use**

**26. Veterans Preference for RIF**
X  YES        NO

**29. Pay Rate Determinant**
0    0-Regular Rate

**33. Part-Time Hours Per Biweekly Pay Period**

### POSITION DATA

**34. Position Occupied**
1-Competitive Service 3-SES General
1 / 2-Excepted Service    4-SES Career Reserved

**35. FLSA Category**
E-Exempt
N / N-Nonexempt

**36. Appropriation Code**

**37. Bargaining Unit Status**
8888

| 38. Duty Station Code | 39. Duty Station    (City-County-State or Overseas Location) |
|---|---|
| 063210071 | SAN BERNARDINO  San Bernardino  CA  USA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 45. Edu. Lvl. | 46. Yr. Degr. Attd | 47. Acad. Discipl. | 48. Func. Class  00 | 49. Citizenship  1-USA 8-Other  I  |
| | | | 50. Veterans Status  P  Post VEV | 51. Supervisory Status  8  Other |

**PART C - Reviews and Approvals** (Not to be used by requesting office.)

| 1. Office/Function | Initials/Signature | Date | 1. Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. | | | D. | | |
| B. | | | E. | | |
| C. | | | F. | | |

2. Approval: I certify that the information entered on this form is accurate and the proposed action is in compliance with statutory and regulatory requirements.

Signature
Vinson, Pamela L

Approval Date
12-11-2012

**CONTINUED ON REVERSE SIDE**                    OVER                    Editions Prior to 7/91 Are Not Usable After 6/30/93



CUSTOMER USE ONLY

FROM: (PLEASE PRINT)     PHONE (     )

James Randall
1926 64TH AVE
OAKLAND, CA
          94621

PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)     PHONE (     )

THE HONORABLE
John Koskinen
1111 CONSTITUTION AVE NW
WASHINGTON DC

ZIP + 4® (U.S. ADDRESSES ONLY)

2 0 2 2 4 - 0 0 0 2

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.

$10.00 insurance included.

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY MAIL EXPRESS™**

EL 394127641 US

ORIGIN (POSTAL SERVICE USE ONLY)

☒ 1-Day     ☐ 2-Day     ☐ Military     ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 94577 | 06/20/16 | $ 22.95 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 06/18/16 | ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON | $ | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 10:42 ☒ AM ☐ PM | $ | $ 2.70 | $ |

| Weight | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| ☒ Flat Rate | $ | |
| lbs 2.9 ozs. | Acceptance Employee Initials AM | $ 25.65 |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, SEPTEMBER 2015     PSN 7690-02-000-9996     2-CUSTOMER COPY

000072

SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

HE Honorable
John Koskinen
111 Constitution Ave NW
Washington, DC
20224-0002

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9403 0523 5173 6254 80

L3941276411US

S Form 3811, April 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
Received by the Commissioner Correspondence
X                    Office
☐ Agent
☐ Addressee

B. Received by (Printed Name)   JUN 21 2016    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

000073

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

James Randall
1926 64TH AVE
OAKLAND, CA 94621

USPS TRACKING#



9590 9403 0523 5173 6254 80

000074

# CASE FILE TABS



**Department of the Treasury**
**Internal Revenue Service**
publish.no.irs.gov

Document 9861 (07-1998)
Catalog Number 24824Y