UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Randall,<br><br>    Plaintiff,<br><br>    v.<br><br>Rettig<br><br>    Defendants. | Case No. 18-cv-05848-EMC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff is ORDERED to show cause why this case should not be dismissed for failure to adequately serve Defendants and to comply with Federal Rule of Civil Procedure 4.  *See* Docket No. [11].  Plaintiff shall perfect service on Defendants and file proof of service within fourteen (14) days or this case will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 4, 2021

EDWARD M. CHEN
United States District Judge