UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. RANDALL, III,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES RETTIG, et. al.<br><br>    Defendants. | Case No. 3:18-cv-5848-EMC<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Docket Nos. 12 |

Plaintiff James H. Randall, III, proceeding pro se, filed this case on September 24, 2018. On January 24, 2019, the Court advised Plaintiff that service of process on the Defendants was inadequate under Fed. R. Civ. P. 4(i)(2), (3). Docket No. 11. The Court informed Plaintiff that no further action would be taken until service of process is completed. *Id.* On October 4, 2021, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to adequately service Defendants and ordered Plaintiff to perfect service on Defendants and file proof of service by October 18, 2021, or the case will be dismissed with prejudice. Docket No. 12. Plaintiff did not perfect service on Defendants by that date. Accordingly, this case is **DISMISSED** with prejudice.

The Clerk is directed to enter judgment and close this case.

**IT IS SO ORDERED**.

Dated: 11/01/2021

_____
EDWARD M. CHEN
United States District Judge